FILED

APR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## for the District of Columbia

Batsaihan Purveegin

Plaintiff

— V —

1. Alberto Gonzales. Atty General USA ;

2. Micheal Cheitoff. Secertary DHS/ICE;

3. Dick Chennie Vice President USA;

4. George. W. Bush President USA;

5. Condalessia Rice Secertary of the State Department

6. Nambariin Enhkbayar President of MONGOLIA

7. m. R. Bold Embassador of MONGOLIA to the USA

Case: 1:07-cv-00737
Assigned To : Unassigned
Assign. Date : 4/23/2007
Description: PURVEEGIN V GONZALES, ETAL

JURY ACTION

Civil Action

No

Hon. USDJ.

" Jury trial

Demand "

RECEIVED

8. mr. GanBold
General Counsul
MONGOLIA to the
USA.
9. mr. Baatar
Representative
permanent Mission
of MONGOLIA to the
UN & USA.
                    Defendants

Civil Action

Nº

Hon. U.S.D.T.

"Jury trial
          Demands,"

## Complaint.

### I. Jurisdiction & Venue.

—1— This is a civil action authorized
by 42. U.S.C. Section 1983 to redress
the deprivation, under color or of
State law, of rights secured the
Constitution of the United States

— 1 —

This Court have Jurisdiction under 28 U.S.C. section 1331 and 1343(a) (3), Plaintiff seek's declatory relief pursuant to 28. U.S.C. Section 2201 & 2202. Plaintiff,s claim's for injunctive relief are authorized by 28. U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rule of Civil Procedures Combination Jurisdiction in the U.S. Torture Victim's Protection Act. 1991 ("TVPA,,) also Alien Tort Claims Acts of 1789("ATCA,,) Section 42 USC section (1981)(1985) (1983.)

—2—

-2.- The United States District Court of Columbia is an appro-priate venue under 28. U.S.C section 1391(6)(2) because it is where the EVENts giving rise to this claim's occurred. Almost all Defendants reside in this venue.

ii. Plaintiffs.

-3.- Plaintiff mr. Batsaihan Purveegiin, is and was at all times mentioned herein a Prisoner of the U.S.A of State Pennsylvania in the custody of the PA Scranton Department of Corrections. He is currently confined in lackawanna County Prison in Scranton, PA

— 3 —

# III. Defendants

- 4. - Defendant; Mr. Alberto Gonzales is the Attorney General of the United States and is responsible for the administration of the DHS/ICE and the implementation and enforcement of Immigration & Naturalization Acts (INA). As such, Mr. Gonzales has ultimate custodial authority over Plaintiff. He is legally responsible the overall operation of LCP-s Jurisdiction.

- 5. - Defendant; Mr. Micheal Chertoff is the DHS/ICE secertary. He is Responsible for the administration of the DHS/ICE and the implementation and Enforcement of the INA. As such Mr. Chertoff is the legal custodian of Plaintiff.

-4-

-6- Defendant; mr Dick Chennie is vice President of USA, his is legally responsibole for the overall operation of the Poison industry own his Country USA. Prevent his constitutional violation's to the De. Plaintiff. His slave treather.

-7- Defendant; mr. George W. Bush is President of USA, his legally responsibole his Country not to break violate all laws treathy USA & International treathy. His PREVENT all constitutional violation implement Right rule regulation own his State.

-8- Defendant; Condalessia Rice, she is Secertary State Department of USA, she is legally responsibole prevent Plaintiffs not violated his constitutional rights implement information rule. in USA & MONGOLIA.

- 9. - Defendant, mr. Nambariin
Enhkbayar President of the
Mongolia. He is legally responsibole
his citizens immunity act over seas.
Protect his own people He all Plaintiffs
protective Gaurd.

- 10. - Defendant, mr. R. Bold Embassador
of MONGOLIA, his legally responsibole
his citizen's rights and welfare protections
in overseas. He is implement this both
said not violate national MONGOLIAN's
internationally & US federally protested
prisoner rights for his citizens protective
Gaurd. Prevent his citizens right not violated.

- 11. - Defendant, mr GanBold is
General Counsel of Mongolia do
the USA legally responsibole his
citizen's legal issue's protect oversea
specially in USA he's all duty to
Plaintiff his most implement build
respectfull treathy dtween USA
& MONGOLIA not Torture. Respect all law

- 6 -

- 12 - Defendant, Mr Baatar is
Representative from MONGOLIA
to the UN & USA his legally
responsibole prefect his nationals
internationall & local human
Rights . law imfelement his idea to
the UN prevent his citizens right
rot violate in USA . & in MONGOLIA.

-13 - Each Defendants is sued
individually and in his/or/her
official capacity. At all times
mentioned in this complaint Each
Defendant acted under the Color
of State law.

TV. Facts.

- 14 - Plaintiff is 40 years old native
Mongolian Peoples republic . Has
been USA ever since 04/24/1991.

- 15.- His State belong with citizen
collapsed from World map.

___ 7 ___

Mongolian Peoples Republic is
gone from far World map with
USSR in 1991.

-16.- Plaintiff come out Stateless
individuall EVER since 1991.

-17.- Permanent Mission from
Mongolia to the USA block his
visit to MONGOLIAN eneral consuls
office NY & DC eversince 1992.
because his not them Citizen.

-18.- USINS true deport him 1-st
time to MPR (Mongolian Peoples
Republic) illegally detain him
from 1997 - 1999.

-19.- 10/04/1999 he won his political
protection (CAT) after 29 month
tortured and humilated. in EOIR
Your Honorable Walter. A. Durling.
Release torture campus's. 1999. ROR.

— 8 —

– 20 – Isreal is Zionist groufe-s upon imformation dominate all USA media, justice, medical heads of Congress, B/A administ--ration's USA Government

– 21. – 09/24/2003 Plaintiff-s home 4 armed man enter which is one was his old DPO Mickelson illegally invate his peavite Act studio.

– 22. – 05-civ-5944 (JPF) EDPa open this 4-tn Amendment vidation his now almost won it. Non-jury trial set 05/29/2007.

– 23. – Defendants illegally detain him mean Plaintiff discrimnate, tortured, inhuman, unjustly unconstitutional standard last (41) months.

– 9 –

-24.- Plaintiff has been Defendants "8" different torture campus's Facility-s county Prisons 3states.

-25.- 03/12/2003 - to - 07/01/2005 Berks County Prison torture camp PA; & 07/01/2005 - 12/07/2005 in Clinton County Corr Facility PA torture Camps; & 12/07/2005 - 07/29/06 Pike County Corr Facility PA torture Camps; & 07/29/06 - 12/11/2006 Perry County Corr Facility Alabama-s torture Camps; & 12/11/2006 - 12/12/2006 Oxdale, Louisiana; & 12/12/2006 - to - 12/29/06. York County Prison PA torture campus's; & 12/29/06 - 02/17/07 - in lackawanna County Prison PA his has been 41 month illegally detained by Defendants malice wanton barbaric abuse.

—10.—

- 26. - Resuet torthore Enter by
   Plaintiff now ("9,,) open law suite.

(1.) 05-civ-2139 (JPF) EDPa — $117 mill;
(2) 05-civ-5944 (JPF) EDPa — $12 mill;
(3) 06-civ-300 (TIV) MOPa — $150 mill;
(4) 06-civ-524 (TIV) MOPa — $731 mill;
(5) 05-civ-2496 (TIV) MOPa — $21 mill;
(6) 06-civ-4580 (JPF) EDPa USCA 3rd — $33 mill;
               06-4836
(7) 06-civ-5426 (MBM) SDNY USCA 2nd — $700 mill;
               06-4355
(8) 06-civ-617 (WS)(e.) S.D.Alab — $750 mill;
(9) 07-civ-100 (TSE) LO ) E.D.Va — $84 billion

- 27. - Defendant true remove him
   communist dictators State which
   is his never admitted by himself
   any citizenchip Status, S.

- 28. - Plaintiff lived USA EVERSINCE
   04/24/1999 to PRESENT  17 year's
   Stateless individual.

- 29. - USA & MONGOLIAN Government
   abonde his civil liberty put him linto

-30.- Defendants violated his mean Plaintiffs VCCR. (Venian Convention Counselor Reliation treathy) Specially Ms. Condaleessia Rice violate it personally see above VCCR. 77th Inter.

-31.- Defendant specially USA Government occupaid by foreign dominated corruption. In this part Immigrants has been abused last 4 Congress's. And Plaintiff was one in cruel unusueally tottured by Defendants last (10 years) total 17 years.

-32.- Defendants build experimental inhuman; unjust; unconstitutional barbaric torture campus's run by Isrealist Zionists. Subject Element like wise Plaintiffs in torture day-s.

- 33 - Government MONGOLIA Destroyd Plaintiff's superior state called the MONGOLIAN PEOPLE'S REPUBLIC is was Central superpower state secured by USSR. Trash him 17 years stateless standard dumb him streets Immigrant torture campus's subject slave.

"Slavery - the practice of keeping individuals in such state of bondage servitude." Slavery was outlawed by 13-th amendment to the US Constitution's.

- 34 - Defendant Bush, Chennie, Gonzales, Chertoff directly abuse Plaintiff slavery standard ever since 09/23/2003 them custody.

— 13 —

— 35.— Defendant Nambariin Enhkbayar ; mr. R Bold ; mr Ganbold; mr. Baatar also trash him if the oragnize him Citizen MONGOLIA (if the are Resect Plaintiff is Citizen MONGOLIA he was citizen MPR (Mongolian Peoples Republic) 1991 he come to USA from (MPR) not State MONGOLIA.

— 36.— Plaintiff lived USA from 04/24/1991 - to - persent date is 02/17/2007 almost 17 year stateless individuall.

DHS/ICE Defendants USA part civil torture campus Jail his (71) months (1997 ; 1998 ; 1999 ) 29 months (2003 ; 2004 ; 2005 ; 2006 ; 2007 ) = 41 total = is 71 months That is barbaric damage Defendants done to Plaintiffs.

— 13 - "A".

-37.- Defendants subject Plaintiff true force fully deport state his been not belong with preemanent resident or citizenchip status's. true it EVER since (1997)

-38.- Defendants is suppoce show 3rd World country-s role model protect human right civil liberty not torture no one Defendants EVER since 09/24/03 to persent torture Plaintiff a lab "Rat"-s standard.

-39.- Defendants upon information lose control civil liberty protect own constitution here upon infor--mation. Isrealis Zionists run USA constitution wrongfully malice standard.

———— 14 ——

-40- Defendants subsed Plaintiff Rabbi James Sensenbrenners Immigrant docture campus's Feed him upon imformation poison genetic meals by Rabbi Andy Hayatt CA para medical Experiments like Ebola; E-col-0157 H7 listeria Monogutogenies top in Rabbie Eli U lilly-s siko Junk phills subsed him Lab Rats" 41 months.

-41- Upon imformation Government MONGOLIAN communists hate Plaintiff-s political opinions.

-42- Upon imformation MPRP MONGOLIA-s Communist Party is super dictators.

— 15 —

-43.- Upon information 1997;
1998; 1999 MONGOLIAN Embassy
A. Choinhor & Counsel G. Genden-
-Baatar issue one travel paper
not Citizen's passport was chop
chop by IJ Walter believe that
MONGOLIA anti Democrat state
torture own citizens he was Granted
CAT Convention Against Torture.
- 44. - Defendants EVER since
Clinton administration upon
information lose Nations Board
Immigration Appeal Falls Church
VA 12 members occupaid by Isrealis
Zionists. (Like Rabbi, Grant, Holmes,
Miller, Hurwitz, Gearald, Hess)
& all Jewish Holocaust Syndreom
take over.

— 16 —

-45.- Defendant Gonzales lose Plaintiff-s prodection many time so far twice in BIA Virginia Jewish Zionists discrimnations.

-46.- Defendant Micheal Chertoff abuse Plaintiff wrongfully illegally detain violate his TPCR & Kim; Because Plaintiff never convicted "Felony" also his never served his minor crime records after 04/17/97 no Jail sentence. His was all time not subject 236 (c) (1) INA.

-47.- Upon imformation Communist Erdene bileg Erdene saikan issue 2.nd term 2004/09/13 one travel paper true bring Plaintiff back them torture camps murder

—17—

-48.- This attempt was stop by Hon. 3rd Cir Chief Justice Samuel Alito. 03/29/2005 Stay that review give him do communists torture.

-49.- One's Defendant Condalessia Rice true destroy Whole VCCR treathy her attempt was ignore by Defendant Bush. (03/28/2005)

-50.- Defendants Government MONGOLIAN officialls hate Plaintiff-s political opinions.

-51.- Upon imformation Plaintiff-s Father 1995 in Ulaanbaater MONGOLIA Food poisoned. Possibole communists did that Because Plaintiff-s Father worked MPR Mongol TELE VISION & MONZAME

— 18 —

People Republic Mongolian Electronic Imformation Agentsy 35 years.

-52.- Plaintiff clearly reject his been citizen MONGOLIA because he was silk massenger Prime Minister Mongolian People's Republic Dashiin Bambusuren.

-53.- Upon imformation Plaintiff Rejected to bee return to MONGOLIA 09/07/2005 General Consul Mongolia . Mr. Jeseer denied him travel back to MONGOLIA

a) His citizen MONGOLIAN People's Republic no citizen MONGOLIA

b) His illegal detention damage Plaintiff-s health that MONGOLIAN said does not obligate recieve sick Slavery lab rat like Plaintiff.

—19—

- 54. - President Bush-s administra-
- tion occupaid by Jewish in
109-th Congress screw up
Immigration impelement by
Elfeet Plaintiff direct suffering
his term. Vice President have
huge infulence with Ispeally
Jewish torture, humilate, poor
foreign states immigrants inhuman,
lab rats standard supported by
Plaintiff suffer here inhuman, injust,
unconstitutionally suffer slave rat
standard.

- 55. - Defendant Alberto Gonzales
Fully knowledge that MONGOLIA
have problem impelement democrasy
he lost 448. F. 3d. 684 (June 1. 06.
3red Cir USA )
- 20 -

-56.- Bad Upon information BIA Isrealis Zionist dominators illegally Ripe 448. F.3d 684 (06/01/06 USCA 3rd Cir) Rabbi Edwar Grant (3 time Ripe BP-s victory) Rabbi David Holmes (3 time) Rabbi Gerald Hurwiz (2 time) Rape Plaintiffs BIA Rights Falls Church VA was Defendant Failure to take correct investigation.

-57. Defendant Alberto Gonzales most need to implement BIA-s administrative Court 12 member unfair Judge-s need to be removed to Isreal.

-58.- Defendant Gantold upon infor- -mation take under table tip he want Plaintiff immediate Retern his Communist torture camps.

— 21 —

- 59. - Upon imformation ur. Ganbold is supported by MPRP seams in MONGOLIA communists dominate power.

- 60. - Defendant Chika KPS ur. Nambariin Enhkbayar many year exchange PB-s Grievance was ignored his ruddess communist fanatic dictattor idiot.

- 61. - Plaintiff-s self rezection Petition to Mr. Nambariin Enhkbayar is administratively ignored denied. So he able to sue them.

- 62. - Plaintiff now have two Habeas on his custody N.D.Pa 06-civ-1064(TIV); on other one S.D. Alabama 06-civ-465(WS) Sonja Bivins both waite resolution by.

- 63. - Plaintiff appeal 01/05/07 to BIA EMS requested; and USCA 3rd Cir has (CAT) on appeals stay request by. PB. HIS — 22 — legal matters.

## V Exhaustion of legal remedies.

-64.- Plaintiff from DHS/ICE torture campus's do many time repeedly Grievance send Defendants Mongolian Government EVER since 1997.

-65.- Plaintiff told his citizen USSR & superpowerfull state MPR not citizen shitty MONGOLIA insecure communist dictators corrupt state.

    a) L. Genden Baatur true fake Plaintiff back (1998) attempt chop, chop by EOIR. I.J. Walter put (CAT) UN-Article 3 INA 241(b) (3) (1) PROTECTION.

    b.) Erdenebileg, Erdene Saihan communist patreotic General counsel true fake UB-s Torture campus plaintiff Attorney General Cat. it. 448. F 3d 684 (06/01/06. USCA 3rd come up ) ( 2004) attempt.

-66.- US Defendants made more worst all US Defendants lose control Justice Department to Isrealist Zionists; Lickudnik; Mossad Groupe's control.

-67.- Defendants USA ignore all complaint Grievance issues he was to many time send E-mail white House unable respond because E-word said Extereme busy can't bee dressed.

-68.- Plaintiff dress major violations Grievance complaint Senator Rick Santoreum 2-time respond he true do more Defendants cut lose his term shot in down.

-69.- Plaintiff Hafeas many time 02/16/2006 one won Defendants ignore release.

— 24 —

-70.- Plaintiff major problem Defendants torture campus between 09/24/2003 -to- present 02/19/2007. (41) months said affect Grievance abuse-s result now 3 states (9) civil suite active working.

-71.- Plaintiff-s close Grievance was between (01/23/2007 - 02/05/07) He send administrative highest "Complaint" Grievance send "64" Page issue to Embassy MONGOLIA General Consulant Mr. GanBold & Embassador Bold discover it all Defendants attention (10) working date. Result Mr. Ganbold under table tip ignore all Grievance his Government agree to been sued. $ 5 billion Demand on.

— 25.—

-72.- Defendant Mongolian Embassy denied all complaint Plaintiff dressed to President of MONGOLIA. Embassy of MONGOLIA General Consulants ignore he recieve under table tip blindly gave him back give his communist dictators torture.

a) Grieved 17 year MONGOLIA trash him USA the are refuse him met them General Consuls ever since 1991. USSR & MPR collapsed. He was 17 year stateless individual. (Plaintiff was 17 year stateless.)

b) & after 17 year trash him that MONGOLIAN Government Recognize Plaintiff them citizen and in that MONGOLIA obligated pay damage-s

— 26 —

Plaintiff has been recieve US torture campus inhuman, incest, unconstitutional, humilated year slavery most pay Plaintiff $ 2 billion & 494 million.

c) Plaintiff·s all torture abused 17 year sadness's USA vast huge people's tax dollar torture him direct raisally systematic labortory day's is total (71) months almost plat (6) year humilation that MONGOLIAN Government direct obligated pay US Government all Plaintiff·s vast,s.

—27.—

insured by the conducts of the Defendants unless this Court Grants the declaratory and injunctive relief which Plaintiff seeks.

## VII. Prayer for Relief.

Wherefore, Plaintiff respectfully prays that this Court enter Judgement Granting Plaintiffs.

-76.- A declaration that the acts and omissons described herein violated Plaintiff's rights under the Constitution and laws of the United States. And International treaty

— 31. —

-77.- A preliminary and permanent insunction ordering Defendants ( MONGOLIA communists stop pertent his them citizen because his not, if keep act so pay his demands to USA & him.) US stop torture raiselly systematiclly discreimnate stop it back up stop Jewish dominate Justice, Medical, Media US Government branch-s eleminate it.

-78.- Compensatory damages in this amount of $2 billion 494 million against each Defendants jointly and severally.

— 32. —

-79.- Punitive damages
in the amount of . US
Defendants $ 12 billion
against each.
   Mongolian Defendants
   in the amount of.
   $ 3.6 billion.

-80.- A jury trial on all
issues triable by jury.

-81.- Plaintiff's costs in
this suit.

-82.- And additional relief
this Court deems just
PROPER, and equitable

— 33 —

Date: X  02/17/ 2007.

By X  _Batsaihan Purveegiin._
BATSAIHAN PURVEEGIIN
A # 74-879-850 (MPR)
Lackawanna County Prison
1371 - North Washington Ave
Scranton, PA - 18509.

## Verification.

I have read the foregoing complaint
and hereby verify that the matters
alleged therein are true, except
as to matters alleged on information
and belief, and, as to those, I believe
them to be true. I certify under
penalty of perjury that the foregoing
is true and correct.
     Executed at Scranton, PA
     on date. 02/17/ 2007

Signature X  _Batsaihan Purveegiin_
          BATSAIHAN PURVEEGIIN

—34—

PIKE COUNTY CORRECTIONAL FACILITY
INMATE REQUEST FORM

NAME: Batsaihan, Purweeglin
LAST        FIRST        M.I.

DATE: 04.09.06. BLOCK: 6     CELL: 12A

See attached IPF application to
District Courts.
REQUEST: to Mrs Kathy Cronin.

Mrs Kathy _____ following
(certificate) Prisoner records Only.
Return this application to me soon as
possibole. _____ now much
money I _____ last (6)
month based _____

RECEIVED BY: _____     DATE: 4/9/06

ROUTED TO:   PROGRAMS   SECURITY   OTHER: (Admin)

ANSWER: (APPROVED)   DENIED (STATE REASON)

Completed & signed.

BY: Kathy Cronin   DATE: 4/10/06
TITLE- EMPLOYEE NAME

PINK-kept by inmate, YELLOW-returned to inmate, WHITE-file copy

07 9737
FILED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PCCF
Pike Dutch Jail PA
12/07/2005 -to- 07/29/2006

**PRISON CERTIFICATE**
**(To be completed by an officer of the institution of incarceration)**

I certify that the

_____Batsahian Purveegin_____

_____ Has the sum of $ ___ − 34.00 _____ on

account to his/her credit at

___Clinton County Correctional Facility___
(Name of Institution )

. I further certify that the applicant has the following securities

_____

to his/her credit according to records of the aforementioned institution. I further certify

that during the past six months the applicant's average monthly balance was

July  245.91
Aug  112.49
Sept  3.98       and the average monthly deposit to the applicant's account was
Oct   0.

$7/18  35.00 .
9/13  15.30

Clinton. C C F, Pa.

Date X_____ 2005             Dutchs Pa
                                                  Jail
                                                07/01/2005−
Signature of Authorized Officer of Institution   −to − 12/07/05

X  LT Bechd 3

Officer's Full Name (Printed).

X_____

Officer's Title/Rank

X_____

**VIII.** <u>FOR PRISONER PLAINTIFFS/PETITIONERS ONLY</u>:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($350.00 for a civil action, $5.00 for a habeas corpus petition, or $455.00 for an appeal).

09/15/06
DATE

_BP_
SIGNATURE OF PLAINTIFF/PETITIONER

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ -0- on account to his/her credit at Perry Co. Correctional Center (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ -0- . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ -0- . (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

9-15-06
DATE

Lt. Vickie Taylor Adm. Asst.
SIGNATURE OF AUTHORIZED OFFICER

Alabama - 5

5

Perry. C.C.F.
Birmingham Alabama
07/29/06 - 12/11/06

## Picking Slip

| | | | | |
|---|---|---|---|---|
| Sequence: | **100** | | Unit: | **PCCC** |
| Task No: | **591471** | | Building: | **Bravo** |
| Date: | **11/7/2006 11:15:28 AM** | | Pod: | **3** |
| Resident Id: | **74879850** | | Bed: | **02** |
| Name: | **PURVEEGIIN, BASAIHAN** | | | |

| Quantity | Item | Description | Price | Ext. Price |
|---|---|---|---|---|
| 2 | 607 | Postage Envelope | $0.60 | $1.20 |
| 1 | 628 | Clear Ink Pen | $0.43 | $0.43 |
| 1 | 1000 | Socks | $2.16 | $2.16 |
| 1 | 1007 | Boxer Shorts Medium | $3.87 | $3.87 |
| 1 | 1209 | Paper 20 ct | $1.59 | $1.59 |
| 1 | 1211 | Slip-on Orange Shoe Sz 8 | $5.75 | $5.75 |

| | | |
|---|---|---|
| 7 | Total | $15.00 |
| | Welfare | -$15.00 |
| | Tax | $0.00 |
| | **Charged** | **$15.00** |
| | **POS Balance** | **-$15.00** |

*Perry. CCF*
*Alabama*

### Picking Slip

| | | | |
|---|---|---|---|
| Sequence: | **103** | Unit: | **PCCC** |
| Task No: | **609986** | Building: | **Bravo** |
| Date: | **11/21/2006 11:47:18 AM** | Pod: | **3** |
| Resident Id: | **74879850** | Bed: | **02** |
| Name: | **PURVEEGIIN, BASAIHAN** | | |

| Quantity | Item | Description | Price | Ext. Price |
|---|---|---|---|---|
| 1 | 607 | Postage Envelope | $0.60 | $0.60 |

| | | |
|---|---|---|
| **1** | Total | $0.60 |
| | Welfare | -$0.60 |
| | Tax | $0.00 |
| | **Charged** | **$0.60** |
| | **POS Balance** | **-$27.03** |

*Perry, C.C.F.*

*Alabama -*

# Account Balance

12/22/2006

Inmate ID: **45925**    Name:    PURVEEGHN (I),  BATSAIHAN    **True Balance:**    0.00

Location:    NSC-10B    **Commissary Balance:**    0.00

| Trans | Date | Action | Comment | Adjustment | Balance After |
|---|---|---|---|---|---|
| 494168 | 3/11/2004 | Close | Close of Account. | 0.00 | 0.00 |
| 494167 | 3/11/2004 | Withdrawal | Withdrawal by check #38099.  JMC | -0.03 | 0.00 |
| 485160 | 3/3/2004 | Withdrawal | Paid OFF Bill #87415: To Mail/Postage From 45925 (PURVEEGHN (I), BATSAIHAN)--RETURN | -0.60 | 0.03 |
| 485158 | 3/3/2004 | Bill Receipt (A/P | To Mail/Postage From 45925 (PURVEEGHN (I), BATSAIHAN)--RETURN | | |
| 358273 | 10/24/2003 | Withdrawal | Paid OFF Bill #61356: To Commissary From 45925 (PURVEEGHN (I), BATSAIHAN)--Billing for Commissary Order #256 | -19.00 | 0.63 |
| 358271 | 10/24/2003 | Bill Receipt (A/P | To Commissary From 45925 (PURVEEGHN (I), BATSAIHAN)--Billing for Commissary Order #256 | | |
| 352529 | 10/17/2003 | Withdrawal | Paid OFF Bill #60181: To Mail/Postage From 45925 (PURVEEGHN (I), BATSAIHAN)--RETURN | -0.37 | 19.63 |
| 352527 | 10/17/2003 | Bill Receipt (A/P | To Mail/Postage From 45925 (PURVEEGHN (I), BATSAIHAN)--RETURN | | |
| 351948 | 10/17/2003 | Add | Money Order  deposit: | 20.00 | 20.00 |
| 351045 | 10/17/2003 | Open | Re-opened Inmate Account: | 0.00 | 0.00 |
| 25119 | 10/31/2002 | Close | Close of Account | 0.00 | 0.00 |
| 25118 | 10/31/2002 | Open | Opened Inmate Account | 0.00 | 0.00 |

**True Balance:**    0.00
**Commissary Balance:**    0.00

KKK-s down York. Dutch-s
occupaid by Isrealis Ziunists

campus torture Immigrants
1997, 1998, 1999 & 2003; 2004;
2005; 2006; 2 that YCP was
my torture center held me.

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF PENNSYLVANIA.

———————————————————————— X

batsaihan , PURVEEGIIN

               Petitioner

      -v-

Thomas Decker   Et all

             Defendants

———————————————————————— X

: Civil Action

: No-06-cv-1064(TIV)

: Honorable.Vanaskie

:

SPECIAL AMENDED SYPPLEMANTS TO SUPPRESS

COMMUNIST PARTY LEADER PRESIDENT OF MONGOLIA

PETITIONERS  "SELF" REJECTION " COMMUNIST MONGOLIAN

CITIZENCHIDP STATUS. BY PURVEEGIIN "64" PAGE

SUPPRESSING PETITION  TO.PRS.MONGOLIA
NAMBARIIN ENHKBAYARS OFFICE.

Whe Where ford.

Petitioner Purveegiin Batsaihan kindly move to this date 02/14/20

year 2007 respectfully submit following very special "64" page

documents upon imformation this documents all ready Scanned by

Columbia District court Chief justiess review this case well time

-ly file back open suites that Court in DC. And original one set

recieved by MONGOLIAN EMBASSADORS Offfivce DC. Mr.Bold .R recieve

his office new appointed general consulant Ganbold takes under ta

-ble gifth his refuse forward this petition to Communist party

leader Prsedient MONGOLIA mr.Nambariin enhkbayars attention. Ever

since 02/05/2007 so Petitioner now adding this document his custo

-y review inthis Habeas Corpus's sypplemintary documentations.

And request this honorable Court order to Embassdor  Of MOngolia

to USA forward it to Prsedient MONGOLIA communist leader Nambarii

Purveegiin-v-Thomas Decker et all 06-cv-1064(TIV)M.D.Pa

paga-2.

President Mongolia Nambariin enhkbayar leader of all mongolians
Communist party MPRP his honor ordered  answer Court by  to Embas
-sy Mongolia Mr.Bold '14" working day need to hear back that day
this Court order forwarding Government MONGOLIA answert to Pure
standard eash allegations most need to be clearly plain language
respond back if that issue not hear by V Courts ordered date.
Deems Purveegiin Batsaihan is not citizen of MONGOLIA if answers
that Mongolia most pay UNited States of America  for vast's in
Purveegiin probably  "17" years vast peoples Tax dollar torture P
Purveegiin Batsaihan American tax payers easy amount minimum well
**$ 2.4 billion shall Mongolian Government pay United States.**

 and also purveegiin if accefted as them citizenchip status his a
also demanding  pay his suffering in torture humilation discrimna
-tions subjected by xcarelessly by Government MONGOLIAN's protect
-ion their citizens rights overseas  subject owen national in USA
**Isrealist Zionists labortary "RATS" standard  that cost Purveegii**
**-n  Batsaihan request by this Courts "ORDER" well amount is**
**$2 billion 494 million ) demanded to payd.**

 Government MONGOLIA also notify this Court following three point
                      CONCLUSION.
Plaintiff pray Court Order with this Sypplemintary document.
1. Ones M.D.Pa Order Mongolian Em,baasyy forward it "64" page
self rejection Purveegiin Batsaihan not citizen Mongolia petition
need hear by this Court from MONGOLIAN Prsident Communist Party
leader.<u>MPRP owner .mr.Nambariin Enhkbayars</u> decisicion need hear
by this court on 02/28/2007.

                      -2-              -2-

Purveegiin-v-Thomas decker et all 06-cv-1064( .V) M.D.Pa

page-3.

2. If Purveegiin Batsaihan recognized to been citizenchip with
MONGOLIA and that MONGOLIAN GOVERNMENT most pay Purveegiin vasts
last "17" years from 04/24/1991 -to-persent. It**USA Government ned
recieve  $2.4 billion**.

3. If that Mongolian Government keef act almost "17" whole years
trash  citizen of the originaly belong with USSR & MPR (Mongolian
People's Republic) that both states not longer exists this for se
seams Purveegiin nothing to do with Mongolia if that Communists
Mongolia keef said his belong to them after 17 years r trash him
in USA **Isreal run  torture  campuss's subject him labortary "RATS
" standard and in** that MOngolian Government obligated pay his 17
years suffering under torture ,humilation,experimentation by USA
Isrealists Zionists runing torture campuss's his Demanding that M
Mongolian Government pay him $2 billion  494 million, ones  MONGO
MONGOLIAN Prsedient made decision Purveegiin well see if the reje
-ct him not citizen MONGOLIA and in fine Purveegiin withdraw his
demands only prsedient MONGOLIA mr.Nambariin enhkbayar Grant his
"SELF REJECTION TO BEEN CITIZEN OR PART MONGOLIA" send Government
certificated order to this Honorable Chamber Thomas I.Vanaskie
by 02/28/2007.

4. If ignore act communist delusionial act and in deems Purveegii
-n Batsaihan open his all suites in Columbia district  collect
all his damages and in pursue USA also in defendants that torture
pervention act allow to him sue both tortured Governments alien
pervention torture acts.This court forward copy this supplemints
EMBASSY MONGOLIA Mr.BOLD R.-s attention.

I am declaring this under penalty perjury.

By X_____BATSAIHAN,PURVEEGIIN.

# EXHIBIT 2

CERTIFICATE OF SERVICE

I am, Purveegiin Batsaihan hereby cerify , Following named

documents was served.

"Civil Action against USA & MONGOLIAN Government"
"Petition suppress MONGOLIAN government reject
                his Not citizen MONGOLIA his superior
This named party-s.          is USSR & MPR

1.-To Court Clerk

District Court of Columbia
E. Barrett Pretty man U.S
Court House
333 - Constitution Ave, NW
Washington, DC - 20001 - 2802

2.-To Embassador Mr. Bold
C/o General consul .m. Ganbold
Embassy of MONGOLIAN's
2833-M-street, NW
Washington, DC - 20007.

*(left margin, rotated)* This document also well supplement to the MDPa. Hon.Vanaskie (06-1064) EOIR. Hon. W.A.D. water H.Dueling.

*(right margin)* collapse gone from world map

I am declaring under penalty perjury pursuant 28 U.S.c section

1746.

I served this Lackawanna County Prisoners mail collectraing

nour handled via first class postage paid this Date 01/25/2007

2007. mailed out.

Respectfully submitted

By Batsaihan, Purveegiin (MPR)

Batsaihan , Purveegiin
A#74-879-850(MPR)
1371-North Washington Avenue
Scranton , Pennsylvania-18509.     Date 01/25/2007.

1.

T. Batsaihan, Purweegiin
A # 074-879-850 (MPR)
Mongolian Peoples Republic.

Table Contest.    to Embassy Mongolia
Total Page-59.    & DC District Columbia
                        court.

(1.) Page-1. Certificate of Service.

(2.) Page-2-to-5 "Petition,, to Embassy Mongolia
     [by BP. 01/23/07] wr Bold & General Consul Gambold

(3.) Page-6-to-7. "Original set format start
     Civil suite under 42. U.S.C. §° 1983. 85
     By BP who he call Defendants. plan.

(4.) Page-8-to-11. "Notice of request open
     civil action's Combination Certain
     federal & International & Constitutional
     Violation persents.

(5.) Page-12-to-16. "Self Rejection to been
     citizen of MONGOLIA,,

(6.) Page-17. Exhibit "A,, start.
     Page-18. MONGOLIA refuse take sick Rat BP.
                                    09/07/05.
     Page-19-to-20. Purweegiin suite-s demand
     open billion 494 million Goverment
     Exhibits.

— 1 —

Batsaihan Purveegiin
A # 74-879-850 (MPR)    Table Contest
                    page - 2 -

Page 21-to-22. US Constitution
        I - to - X. (7.) Page 22. Exhibit "B", starts

Page 23-to-37A. Purveegiin 06-1939
        USCA 3rd Cir head Supra certieria.

(8.) Page-38. Exhibit "C" starts.

    Page-39-to-41. BP-5 06-civ-524 (TTV) MDPa
        Raise Prize. $731 million.

    Page-42-to-43. Mongolia murder
        Democrat leader Sanjaasurengiin
        Zorigt.

    Page-44. Jurisdiction-s civil code.

    Page-45. Dictum by BP above slavery.

    Page-46. Disclosure Medical imform by

    Page-47. 42 U.S.C. § 1985 Conspiracy
            to interfere with civil rights.

(9.) Page-48 Exhibit "D" starts.

    Page-49-to-52. Jewish crook obstruction
        Justice above criminal Joseph C. Hohenstein

            — 2 —

Batsaihan Urweegiin                    Table Contest
A # 74-879 850 (NPR)

(10.) Page-53 Exhibit "E", starts.

   Page - 54 - to - 57. BP-s Fame
            online google & yahoo hits.

(11.) Page - 58. Exhibit "F", starts

Page - 59. lord Mongelian

   BP slaved American Jewish

   fortuere campus's day

        date line.
_____

         top in
(12.) Page 60 - to - 63. BP-s BIA-s

      high saukt and hided

          11/09/2006 -s briefs

Total.     foro front 4 page.
  (63)

From. Batsaihan Purweegiin

A # 74-879-850 (MPR) БНМАУ.

lackawanna County Prison

1371-North Washington Ave

Scranton, PA - 18509.

To. Embassador mr. Bold
& General Consul mr. Ganbod
Embassy of MONGOLIAN's
2833 - M Street , NW
Washington, DC - 20007.

Date: 01/23/2007.

Re: Бүгд Найрамдах Монгол
Ард Улсын иргэн асан
Пүрвээгийн Батсайхан
дор.

Эргэдэл.

Учир нь нөхөр товарищ

баруун аймгийн Батсайханаас

танаас Гүрагшийн хүсэлт

—1—

②.

Сайн байна уу?

Сайд Болд болон консул ах Ганболд гуай энэ миний хувийн баримтыг боловсруулж тах хийгээд (10) амны өдөр дотор хариу өгнө уу.

Учир нь би Б.Н.М.А.У-ын иргэн миний эх орон ЗХУ-тай-гаа 1991 устгахаас балоод хоцоо тойгуур Монгол улсын албан төхөөд надийг 17 жил энд иргэнээ гэж үзэхгүй нь сайшаан хүлээж авч буйгаа бичлээ.

— 2 —

③

Еропжийдсо бал үжэн юм.

Би 17 жил хаялах эж дожуй

аль зуусам. Үйлед Б.Н.М.А.У-

- тайгаа готгор шулам руугаа

одлоо. Гта бугд их үйлд жавиаж

харм хэлжийн бадарчин

Батсайжанг зэмшэнд гарга.

Хэрэв мал гэрай гарлавал

таль би шуужид дулэ пожом

толборсо южэж балло. Хойшид

Монгол жүнэ пау щич буч

Еврейн лаваэрторий тэжэн

ситэно балоцгоогорой. ④

—3—

Юмand учир начир гэж
бий. Ар Жалжийн минь заяа
түшиг ад үзэж буй болмийн
бол босгоний шороо лалар
Еврейчуудэд умхий гичий ниче
нэнгуулэх хусэл сэлба. Эиимд
нихий үйлд буу гатга яаж.
Хусэт дагуу надийг урхэний
хэрьэалалгуй гээд хаш хус
түтгэнц өөр юм учуй.
(10) хоногт хариу ог. Эс совбэл
би нуусээр заргаа нэжнэ.
Бурхад бэхший ёслов
ВР. 01/23/2007. ⑤

—4—

IN THE UNITED STATES DISTRICT COURT

District Court For the DISTRICT OF COLUMBIA

———————————————————————— X

batsaihan purveegiin                              :

BATSAIHAN,PURVEEGIIN                               :
  (Mongolian People's Republic)                   :

        Plaintiff                                 :

   -v-                                            :

UNITED STATES AND MONGOLIAN's                     :

GOVERNMENT , EMBASSY OF MONGOLIA                  :
HIS HONORABOLE EX,MR.BOLD and                     :
GENERAL CONSULANT GANBOLD &                       :
UNITED NATIONS PERMANENT REPRESERATIVES
TO THE UN FROM MONGOLIA                           :
STATE DEPARTMENT SECERTARY MRS.CONDALISSA
RICE ,DEPARTMENT OF HOMELAND SECURITY &           :
SECERTARY DHS/ICE MICHEAL CHERTOFF &
INCLUDING US PRSED                                :
US PRSEDIENT GEORGE W.BUSH & PRESIDENT
MONGOLIA MR.ENHKBAYAR ET ALL                      :

        Defendants                                :

———————————————————————— X

*Handwritten right margin:*

Jurisdiction's

① In the US, the Torture Victim Protection Act. 1991 ("TVPA")

② Alien Tort Claim's Act of 1789 ("ATCA")

28. U.S.C § 1331.
28. U.S.C. § 1391(e)
42. U.S.C § 1983

                NOTICE OF OPENING CIVIL ACTION

     BASED PERSON WHO NOT BELONG WITH STATE TRUE REMOVE

PERSON ALL READY FIND GENUñIY FAERFULL AND SLAVERY TREATING

     VIOLATION MAJOR PART VCCR VENIAN CONVENTION COUNSELAR REALAT
_ION ACTS AND TORTURE ALIENS WHIT OUT CITIZENSHIP PORLONGED DETEN
_TION ABUSE"S.,SYTEMATIC RAISIAL TORTURE MASS EXPERMINTATION
DISADVANSED GRUOP ALIEN LIKE "batsaihan PURVEEGIIN"

Whereford :

Mr.Purveegiin Batsaihan notify to this Court opening civil suites

his Federally protected US and International treathy and his  con
-stitutionally protected rights has been violated under injust in

inhuman standard substandard International treathy US Constitutio
-
nal treathy has been wild violated .

This for combination from Prisoners right Action with Alien Perve
-
-ntion From Torture act VCCR convention  Genevian acts at all inc

-1-



Background history .

Purveegiin Batsaihan is  40 years old single male native Citizen
former superpowerfull State which run by USSR wing MONGOLIAN
Peoples Republic, he was first enter to the United States 1991.
Same year his State his belong with citizenship was collapssed
his was living in USA 17 years almost under stateless individual.
1995 in Ulaanbaatar Mongolia Purveegiin  father food poisoned dea
dead involment with Communists in MPRP.

Purveegiin was ever since chased by United Nations Permanent
repersentatives office in New-York cannot come visit see his Gene
-ral counsalants his was ordered by Mr.Lubsangiin Erdenejuluun
who was secertary Permanent Mission from Mongolia to the UN *&7&*
years. So purveegiin was many time take in NYPD and Medical Units
NYC all hospitals expermintial institutions run by Isrealist Jewi
his was start removal order in 1997 USINS 201-Varick street NYC
accuss him crime his not done set 29 Months PA and NY state USINS
torture campus's. Berks Pa, York Pa, Pike Pa ,and Varick NYC dete
-ntions and in the are cannot remove him back to the USSR or MPR
both States was deleted world map abuse him torture humilation an
exteremly harsh standard damaged his good health dumb him out d
said, and his build his live only normal standards that DHS/ICE
send full armed homosexual meniac DPO Mickelson et alll illegally
arrest detentions set 09/23/2003 ever since his has been lockt 8
torture campus run by Isrealist Zionists York,Pa; Berks Pa; Clint
-on Pa; Pike Pa Facilitys and Alabamas Perry County  Lousianias
Okdale DHS/ICE torture campus's and send back Dutchs Lackawanna P
Pa has been last stations. See. 448 F.3d 684 (June 01,2006 USCA 3
-rd Circuit ) Purveegiin -v-Gonzales et all this was most his his
-tory falsly showed  result him 40 months DHS/ICE torture campus'
damage his good health one said  vast tax dollar an other hand

-2-

⑦,

STATEMENT OF THE ISSUES PRESENTED FOR REVIEW

See Rule 28 (a) (5)

*In the United States District Court for the District of Columbia*

A statement of the issues presented for review.

BATSAIHAN, PURVEEGIIN
(Mongolian People,s Republic)
Plaintiff
— v —
Government members
of USA & MONGOLIA et all
Defendants.

A # 74-879-850
(MPR)
Civil №

Notice of request open
civil action's combination
Certain Federal & International
& Constitutional Violation
Persent·s.

Whereford;        (28. U.S.C. § 1331)

I,m Batsaihan Purveegiin (Pro-se)
respectfully move in this Court
kindly request open civil action.

Page 2

Background.

wr. Batsaihan is 40 years old native
citizen Mongolian People's Republic.

— 1 —

(8.)

STATEMENT OF THE CASE

ee Rule 28(a)(6)

A statement of the case briefly indicating the nature of the case, the course of proceedings, nd its disposition in the court below.

Has been in USA ever since 1991. His State his belong administratively collapsed deleted World map. (in 1991 with <u>USSR</u>.) Ever since he living USA. Stateless individual 1997. US INS 1-st take him INS custody true remove him to Mongolian Peoples Republic which is that Country does not exists. Torture humilate injust unconstitutionally (29) month Jail him civil surelty. in PA-s Berks, Pike, York INS Jail torture campus's damage his good health. 1999 october 4. IJ Walter Durling Grant (CAT) INA 241(b)(1)(3) release him. And 09/24/2003 Philadelphia based DPO mr. Mickelson with Gross armed man illegally invate his Art studio take him ICE custody violate his Federally protected Constitutional rights.

(9.)

STATEMENT OF THE FACTS

See Rule 28(a)(7)

A statement of the facts relevant to the issues presented for review with appropriate references to the records (see rule 28 (e)).

His has been illegally detained (40) months Berks, York, Pike, Clinton, Lackawanna County P.A. & Alabamas Perry & Lousianas Okdale ICE forture campus. His has won his appeal twice Government USA has been spite up by in (BIA) Falls Church Virginia. See. 448 F3d 684 (June 01. 2006. USCA 3rd Cir) Purweegiin -v- Gonzales et all. So main trobel was this year his ICE crooked counsel Joseph. C. Hohenstein. Esq Conspirasy effect his subject now lost his (69) months in ICE civil cruel wanton humilated forture standard substaint subjected slave stand--ard suffering 5 year 9 months. This years Government USA violate his VCCR same as MONGOLIAN government. Now Plaintiff take it to this Court demand. $ 2billion; 494million;

(10)

ARGUMENT

See Rule 28 (a) (8)

The argument may be preceded by a summary. A succinct, clear, accurate statement of argument. *That torture prevention claim with 5-tn; 4-tn; 8-tn; 1-st; 13-tn; 14-tn amend--mend USA well dress in member*

See Rule 28 (a) (9) *individualls well called Defendant*

*to this actions.*

The argument shall contain the contentions of the appellant with respect to the issues presented, and the reasons therefore, with citations to the authorities, statutes and parts of the record relied on.

. *(1991 - 2007.) Goverment MONGOLIA trash mr. Purweegiin his was disallow enter Consulant office DC & New-York. He was stateless individual. (17 years)*

*2. USA & MONGOLIAN Government trash him slave laboratory experimential rats amount civil, curel Jails (69) month torture humilate him damaged his good health.*

*3. USA true remove him state his not has registrated Citizenship & also that state MONGOLIA torture own citizens indanger his live freedom point him communists hand dumb put him Limb.*

*4. Government MONGOLIA reject his Citizen (17) years now true take him back them isolated torture-s campuss murder him. (11.)*

Based Purveegiin open civil
action.

~ Df MONGOLIA reconige him Citizen
after 17 year trash him in streets
detention's USA, obligated pay to
USA tax payer's all expended summ
required to pay USA Government
settle on jury trial in public.

— Df MONGOLIA reconize him after
17 year abonde him inhuman unjust
unconstitutional standard in good
freedom challenge movent communists
MONGOLIA perlent take his freedom
and the well damage his $ 2 billion
494 million Demanded 8action-s.
Summary pay to Purveegiin.

— Df MONGOLIA reject him not
citizen and than this action
dismiss if the admitt him citizen
this action sustain ender

To The Government of
MONGOLIA      Date. 01/23/2007.

Attention President of
MONGOLIA. Mr. Nambariin Enhkbayar
Tanaa.

Self Rejection to been
Citizen of MONGOLIA.

Citizen of the (Mongolian Peoples Republic)
mr. Purveegiin BATSAIHAN. Self rejection
to been Citizen of (MONGOLIA.)
Background.

1.) mr. Batsaihan Purveegiin  40 years
old  Khalkha Mongolian.
Who he enter  USA  April 24. 1991.
from  Mongolian people-s Republic
to the USA.

— 1 —                         (12.)

(2.) Same year that his Country with Citizenship was collapsed World map with USSR & MPR (Mongolian People's Republic) Not exists. Any more.

(3.) Ever since Government MONGOLIAN representative-s was refed him to Enter General Counsel-s office. The said his (MPR) citizen nothing to do with MONGOLIA. and trash his Live (17) years in USA.

(4.) Do this 17 years. Is really Zionist running Immigration Department Jail his freedom (USA) 5 year 9 month made him sick laboratary Rat may junger deasiase he discover to MONGOLIA

—2—

(13.)

5.) This 17 year in MONGOLIA his fathers dead, his Grand father dead, his Grand mother dead. His does not have any one listen in MONGOLIA other family member isolated 17 years do not know what kind bio chemical his take in last 5 year 9 months in (Rabbi James Sensenbrenners) for there labortory detention's.

6.) Ones USA & MONGOLIAN both Government in his case violated VCCR wild. (barbaric standard.)

7.) If MONGOLIA reconize him as citizen the are obligated to pay USA all 17 years public tax was vast repay by MONGOLIA to USA. Purveegiin Jasts.

— 3 —

19.

(8.) Also mr. Purveegiin own now him self (8) open suite against USA Government total Demand $2 billion (494 million.) If that MONGOLIA reconize him after 17 year abonde humilate a Citizen of MONGOLIA and in pay this Demands to him. Because the help US corrupt dictaters in his great civil movement.

(9.) Based this mr. Batsaikhan Purveegiin Alien # 74-879-850 kindly request President of MONGOLIA resect him to been part of MONGOLIA.

—4—

(15.)

(10.)   His Honor President
of MONGOLIA                    Seal.
        Nambariin Enhkbayar.

Sign X
note

Petition for self Rejection
Granted.   On date _____ 2007.

Mr. Purveegiin Batsaihan
A# 74-879-850 (MPR)
SSN # ■ - ■ - 3779
is belong to property DHS/ICE
his entery to MONGOLIA rejected
                        reason is
National Security    matter.
Because USA DHS/ICE experiment
him Violate our VCCR made a
labortary Rat. The can have him.
Lord MONGOLIA not need USA lab (16.)
-5-   Rats like Mr. BP. No obligation
                        recieve him back.

# EXHIBIT A



2833 M Street, NW
Washington, DC 20007
Tel: (202) 333-7117
Fax: (202) 298-9227
E-mail: esyam@mongolianembassy.us
Website: www.mongolianembassy.us

## EMBASSY OF MONGOLIA

September 7, 2005

To Whom It May Concern:

Citizen of the Mongolian People's Republic Purveegviin Batsaihan was arrested illegally in 1987 and kept in prison for a long time and now his health condition is in critical situation. Since Pureviin Batsaihan had been in unfavorable health environment during these years the Mongolian Side will not have the responsibility for his health and receive him with the obligation to recovery his health problems.

Regards,

G.Seseer

Consul General
Embassy of Mongolia in the USA





# U.S. Party/Case Index

## All Types Name Search Results

27 Total Party matches for selection PURVEEGIIN for ALL COURTS
Search Complete
Fri Dec 22 09:47:28 2006
Selections 1 through 27 (Page 1)

●Download (1 pages $ 0.00)

Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 1 | PURVEEGIIN, BATSAIHAN | pamdce | 3:2006cv00300 | 02/10/2006 | 550 | |
| | Purveegiin v. Pike County Correctional Facility *(demand $150 million)* | | | | | |
| 2 | PURVEEGIIN, BATSAIHAN | alsdce | 2:2006cv00465 | 08/09/2006 | 530 | |
| | Purveegiin v. Chertoff et al | | | | | |
| 3 | PURVEEGIIN, BATSAIHAN | pamdce | 3:2006cv00524 | 03/13/2006 | 550 | |
| | Purveegiin v. York County Prison *demand ($731 million)* | | | | | |
| 4 | PURVEEGIIN, BATSAIHAN | alsdce | 2:2006cv00617 | 10/03/2006 | 555 | |
| | Purveegiin v. Bateman et al *demand ($750 million)* | | | | | |
| 5 | PURVEEGIIN, BATSAIHAN | nysdce | 1:1999cv00628 | 01/28/1999 | 530 | 01/28/1999 |
| | Purveegiin v. U.S. I.N.S. | | | | | |
| 6 | PURVEEGIIN, BATSAIHAN | nysdce | 1:1999cv00629 | 01/28/1999 | 530 | 01/28/1999 |
| | Purveegiin v. Director, US INS | | | | | |
| 7 | PURVEEGIIN, BATSAIHAN | pamdce | 3:1999cv00689 | 04/30/1999 | 550 | 06/08/2000 |
| | Purveegiin v. York County Prison, et al | | | | | |
| 8 | PURVEEGIIN, BATSAIHAN | pamdce | 3:2006cv01064 | 05/24/2006 | 530 | |
| | Purveegiin v. Chertoff | | | | | |
| 9 | PURVEEGIIN, BATSAIHAN | nysdce | 1:1999cv01293 | 02/22/1999 | 555 | 02/22/1999 |
| | Purveegiin v. U.S. INS Processing | | | | | |
| 10 | PURVEEGIIN, BATSAIHAN | nysdce | 1:1999cv01294 | 02/22/1999 | 555 | 02/22/1999 |
| | Purveegiin v. U.S. INS Processing | | | | | |
| 11 | PURVEEGIIN, BATSAIHAN | pamdce | 3:2005cv01566 | 08/04/2005 | 530 | 02/17/2006 |
| | Batsaihan v. Chertoff | | | | | |
| 12 | PURVEEGIIN, BATSAIHAN | pamdce | 3:2005cv01903 | 09/21/2005 | 550 | 11/07/2005 |
| | Purveegiin v. United States Of America | | | | | |
| 13 | PURVEEGIIN, BATSAIHAN | paedce | 2:2005cv02139 | 05/23/2005 | 555 | |
| | PURVEEGIIN v. BERKS COUNTY PRISON et al *(demand $117 million)* | | | | | |
| 14 | PURVEEGIIN, BATSAIHAN | paedce | 2:1999cv02178 | 06/16/1999 | 555 | 03/02/2000 |
| | PURVEEGIIN v. WAGNER, et al | | | | | |

12/22/2006



19.

15 PURVEEGIIN, BATSAIHAN pamdce 3:2005cv02496 12/02/2005 550
Batsaihan v. Duran        *Lemand ($21 million)*
16 PURVEEGIIN, BATSAIHAN paedce 2:2004cv04335 09/13/2004 530 04/01/2005
BATSAIHAN v. RILIEY et al
17 PURVEEGIIN, BATSAIHAN paedce 2:2006cv04580 10/13/2006 550 10/18/2006
PURVEEGIIN v. USCA 3RD CIRCUIT COURTS et al   *Lemand ($33 mill)*
18 PURVEEGIIN, BATSAIHAN nysdce 1:2006cv05426 07/18/2006 550 07/18/2006
Purveegiin v. Pataki et al   *Lemand ($700 mill)*
19 PURVEEGIIN, BATSAIHAN paedce 2:2005cv05944 11/10/2005 550
PURVEEGIIN v. UNITED STATES OF AMERICA et al
Appellate Cases   *Lemand ($12 mill)*

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 20 PURVEEGIIN, BATSAIHAN | 03ca | 00-2062 | 07/13/2000 | 2555 | 10/31/2000 |
| PURVEEGIIN vs. WAGNER | | | | | |
| 21 PURVEEGIIN, BATSAIHAN | 03ca | 00-2080 | 07/13/2000 | 2550 | 04/27/2001 |
| PURVEEGIIN vs. YORK CTY PRISON | | | | | |
| 22 PURVEEGIIN, BATSAIHAN | 03ca | 03-3086 | 07/18/2003 | 0 | 03/25/2004 |
| PURVEEGIIN vs. ATTY GEN USA | | | | | |
| 23 PURVEEGIIN, BATSAIHAN | 03ca | 04-3797 | 09/27/2004 | 0 | 06/01/2006 |
| PURVEEGIIN vs. ATTY GEN USA | | | | | |
| 24 PURVEEGIIN, BATSAIHAN | 03ca | 04-4712 | 12/23/2004 | 0 | 06/01/2006 |
| PURVEEGIIN vs. ATTY GEN USA | | | | | |
| 25 PURVEEGIIN, BATSAIHAN | 03ca | 06-1939 | 03/28/2006 | 2530 | 10/10/2006 |
| PURVEEGIIN vs. SECRETARY HOMELAND | | | | | |
| 26 PURVEEGIIN, BATSAIHAN | 03ca | 06-4686 | 11/07/2006 | 2550 | |
| PURVEEGIIN vs. USCA THIRD CIR | | | | | |
| 27 PURVEEGIIN, BATSAIHAN | 03ca | 06-4836 | 11/28/2006 | 2550 | |
| PURVEEGIIN vs. USCA THIRD CIR | | | | | |

*150 (millions)*
*731*
*750*
*117 +*
*21*
*33*
*700*
*12*
*494*

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 12/22/2006 09:47:28 | | |
| PACER Login: | us3705 | Client Code: |
| Description: | All Types srch pg 1 | Search Criteria: PURVEEGIIN |
| Billable Pages: | 1 | Cost: 0.08 |

*($2 billion 494 mill)*

https://pacer.uspci.uscourts.gov/cgi-bin/dquery.pl

*12/22/2006*
*20.*



# LII
legal information institute

## U.S. Constitution

☒ spacer

collection home | annotations | search | donate

## Bill of Rights

## Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

## Amendment II

A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

## Amendment III

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

## Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

## Amendment VII

In suits at common law, wh... the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any



court of the United States, than according to the rules of the common law.

## Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

---

- <u>Next Amendment</u>
- <u>Table of Articles and Amendments</u>
- <u>Overview of Full Constitution</u>

---

**copyright | about us | help**

# EXHIBIT B



## CERTIFICATE OF SERVICE

I AM BATSAIHAN PURVEEGIIN (Pro-se) hereby certify.following my documents
named      '' *Claim his land Certiaria,,* SUPRA.

"LEAVE CIRTERIA FILE OPEN SUPREME COURT TO THE UNITED
STATES" :"NOTICE OF APPEAL "

I served it following party-s.

1. *Supreme Court*
   *USA*

2. *to others*
   *involved .*

I am declaring under penalty perjury pursuant 28 U.S.C section 1746.

Respectfully submitted

By X_____ **Batsaihan Purveegiin (Pro-se)**

Lord MONGOLIAN CHOSEN ONE.

cc; US SUPREME COURT CLERKS
   USCA 3 #-rd CIRCUIT Case manager Miss .Stephanie M.Wells
   AUSA Mr.Daryl F.Bloom M.D.Pa
   USDJ Justice THOMAS.I.Vanaskie-s M.D.Pa.



MEMORANDUM OF ADDRESS CHANGE

I am respectfully submitting tnis urgent notices to tnis Courts clerks attention my old mailing address is cnanged  I am now in new  location tnis for see.


MY OLD MAILING ADDRESS

to.Batsainan Purveegiin
York County Prison
3400-Concord Road
York,Pennsylvania-18509

MY NEW MAILLING ADDRESS IS.

To.Batsainan Purveegiin
   A#74-879-850(MPR)
   Lackawanna County Prison
   1371-Nortn Wasnington Avenue
   Scranton,Pennsylvania-18509.


I am declaring tnis under penalty perjury pursuant 28 U.S.C secti -on 1746.

I served all party-s in my case by UPS. see certificate of servic


I am respectfully submiit

It By  X_____

BATSAIHAN ,PURVEEGIIN

A#74-879-850 (Mongolian People's Republic)

Lackawanna County Prison

1371-Nortn Wasnington Avenue

Scranton,Pennsylvania-18509.

Date X___01_/_25_/ 2007.


CC: served opposing party attorneys.

24.

IN THE UNITED STATES COURT OF APPEALL"S THIRD CIRCUIT

         OF PHILADELPHIA.

RE: BATSAIHAN PURVEEGIIN_V_MICHEAL CHERTOFF ET AL

CASE No-06-1939.

         request notice of appeal this matter
         to the Supreme Court

Date; 01/07/2007 .


Attention case manager Stephanie M.Well's miss Stephanie I was
appealling Judge Marjorie-s Order 12/14/2006 to the Supreme Court
of United States that York County Prison suppoce mailled this
to your Court and other party-s attention in at night 12/29/2006
the are transferred me here in Lackawanna county Prison on same n
night ,I was served M.D.Pa and Daryl F.Bloom and your office and
Supreme Court Clerk did you got them or not let me know aboved.

Please transmitt this ECF to that Court here I serve you main
notice of appeall Supreme Court file. I served all ready bad in
case that York Prison C/o-s dumbing our mails garbagge cans who
know that letter transferred day send to you all I do not sure
this for I serve you it now again ones more time.

Please notify this in take off care also miss.Stepahnie can I
call you because I have order by My Defendant Marcia on 04/12/06
I not suppose call your office if it's oke now I love to call
you discuss with matters better standard prereview with you.

How is my 06-4836 and 06-4686 working on I love to hear back.


I served this letters copy to the Supreme Court Clerk same time
served this attention my Judge Vanaskie-s attention timely.

God bless you.

Thank your time attention herein.

Very truly yours.

By X.     ₍ℬᑭ₎  ╲

BATSAIHAN ,PURVEEGIIN
A#74-879-850 (MPR)
Lackawanna County Prison
1371-North Washington Avenue
Scranton,Pennsylvania-18509          Date X _01/25/_2007 .

                                              ₍𝒶𝓈₎

From.**Batsaihan Purveegiin**

    A#74-879-850 (MPR)
    YCP#45925 NSC-10B
    York County Prison
    3400-Concord Road
    York ,Pennsylvania-17402

to.Courts Pro-Se Writ Clerks
**SUPREME COURT UNITED STATES D.C**

Date: 12/28/2006

1939        RE; USCA 3-rd Circuit MARJORIES O'Rendell's Chambers Case No-06-

(TIV) M.D.Pa     _**Purveegiin Batsaihan-v-Micheal chertoff Et All**_ No-05-civil-1566

dear.Supreme Court Clerk.

I am Batsaihan Purveegiin (Pro-se ) kindly enter to your Honorable Court appealing this decission by USCA 3-rd Circuit  comes up on 12/14/2006 rehearing is final from that Court allowing me enter SUPREME COURT review it.

Clerk please mark this is my MONGOLIA entering to  your Court history first first time ,I am suffering last 10 years unconstitutionally injust inhuman standards ,I am self trained jail house counsel my self I do MDPa -7 civil case, S.D.Court Alabama-2 civil case: E.D.Pa -5 civil case USCA-2-nd Circuit 1 civil appeal; USCA 3-rd Circuit I did 3 appeal now before 2 total 5 ; SDNY-2 civil case done.

I well raise under this case 7x7=49 issue. I love to protect people just now suffering under injustly deasaided Immigration abuses. 12 millions  rights peoples liberty freedom.

USA never sale his great constitution whole the are stay magnifisent free state the are also not lose  freedom human right respect issue in front my former enemy Communist Party PANMONGOLIA .

Please allow me do it IPF and send me rule your Court Pro-se  paper works filed folder.

send me attorney may assist me do this great job from DC area take pro-bono persentations.

God bless you;

Ps: Hello.Justice Samuel Alito from Philadelphia to your Court.



Thank your time attention, writ me back.

# SUPREME COURT OF THE UNITED STATES

_____No- _06-1939_ USCA 3-RD.____

## BATSAIHAN  PURVEEGIIN

### -V-

## MICHEAL CHERTOFF  , Et Al

## FROM MARJORIE RENDELLS CHAMBERS.

## LEAVE CIRTERIA FILE OPEN SUPREME

## COURT TO THE  UNITED STATES.

## NOTICE OF APPEAL.

Wherefore :

BATSAIHAN , PURVEEGIIN (Pro-Se) from Mongolian People's Republic
Respectfully move on December 27, 2006 from YorkCounty Correctional Facility
submitting this Motion rehearing this matters appealing to the UNITED STATES
SUPREME COURT.

Bacground history.



**Purveegiin Batsaihan is** 40 years old male native Citizen former communist state Mongolian Peoples Republic his has been United States Ever since 04.22.1991. His Country belong with citizenchip collapssed from world map in 1991 with USSR his State belong with citizenchip also collapssed with USSR from world map. His father was food poisoned in 1995 in MONGOLIA communist party involved this his death his never has chanse to attend his father furneral date. And his grandfarents also death one by one his was sunck in this State-s with out Country his belonged ,so USINS replace him removal in 1997 ever since the are cannot remove him which is his State-s his belong with Citizenchif collapssed from world map. His 1997-to-1999 *29* detained by USINS York, Pike, Berks County Prison's INS Detentions included NewYork 201 Varick streets USINS Detentions. His was granted CAT Convention Against Torture Withholding Removal UN-Article-3 his was released from York County Prison on 10/08/1999. And in 09/24/2003 group Philadelphia York based filed ICE DPO mr.Mickelson enter Purveegiin apartment with out arrest warrant issued by INS District's I-200 form illegally detained him ever since States Pennsylvania and Alabama *5* diffrent ICE custody his now locating York County Prison. He was in 08/04/2005 apply this 2241 _Purveegiin-v-Micheal Chertoff et all_ Civil No-05-civil-1566(TIV) M.D.Pa USCA 3-rd No-06-1939 His appeal this case to BIA on 03/14/2006 this Court following his requests denied to bee heard review by this all issues heading now to this Court attention. Follow as. From 12/14/2006 rehearing Denied by Marjorie O,Rendell's Courtesy is appealling to USA SUPREME COURTS.

In November 29.2006 Honorable Circuit Judge Marjorie O.Rendell "denied" petitioners "Letter Motion by Appellant to attach to petition for rehearing en banc" on 11/29/2006 now Appellant Batsaihan Purveegiin submitting kindly request this court must need reconsideration and this honorable Marjorie O . Rendell most need writ opinion and allow Appellant send his this submission review by **Supreme Court USA.**

On October 10 , 2006 Pennsylvania States First Lady Her Honor 3RD Circuit Judge MARJORIE O.RENDELL-s order hereby requested to bee reheard and



reconsideration by her Honorable Court.


Honorable MS .Rendell dismiss this matter lack of Jurisdiction and she affirmed Courts Clerk Marcia Waldron's April 12.2006 order above phone contact to Court Clerks by Petitioner.


BATSAIHAN request hear it  <u>Rule 40 Federal Rules f Appellate Procedure</u> , Third Circuit LAR 35.
 I express a belief ,based on a reasoned and studied professional judgment, decisions under Valance -v-Ashcroft Third Circuits vacation BIA-s order Petitioner want balance his pleading.


An petitioner kindly request for rehearing before the original panel is required by his best interest.

This matter Purveegiin want this Court review his 04-civil-4335  (CMR) EDPa. That Judge Cynthia-s order was final that part was raped by her stupidly  seduction by her feminist to Petitioners Criminal Lawyer who obstruction justice this matters wild.

That document was adopted to this 05-cv-1566(TIV) M.D.Pa this part most need review by in this appeals.

And his phone calling matter 3 #-rd Circuit administrative corruption noted to be open civil action see Petitioners suite in E.D.Pa   .

Mr.Purveegiin  accefting Pennsylvania's First  Lady her Excellency Honorable 3RD Circuit Judge Marjorie O. Rendell  part of accepted part of her order on this matter 10/10/2006 is rejected by Hereford.


- 05-cv-1566(TIV) M.D.Pa  Chief Justice Vanaskie-s Order Grant is need return to his Honor must reorder release Petitioner from unlawful custody that is barbaric standard his due process has been violated 3 over years. *This case was Granted Habeas matter on 02/17/2006 his*

29.

supposed to be released from DHS/ICE custody on 04/17/2006 that Pike County Prison never release him illegally transferred him to Alabama State 07/29/2006 . Hold him there  to 12/11/2006 now bring him back to Pennsylvania-s Dutchs PA. His Habeas was closed by Judge Vanaskie requested to bee reopen release issue from unlawfull custody send out from York to MDPa on 12/21/2006.

- His 04-civil-4335(CMR) E.D.Pa Honorable Cynthia M.Rufe-s habeas matter  respectfully filter review  on appeal this court must proceed that matters.*This case was apply Purveegiin to the Eastern District of Pennsylvania on 09/12/2004 it was way before Reald ID Act come out this Court has fully powerfully review final order removals under Habeas it was changed on  start March 2005 , this Habeas was ripet review Judge Cynthia M.Rufe was seduced by Purveegiin Criminal counsel Joseph C.Hohenstein misleaded this Case-s *&7&* pointed matter amended complaint  most kindly requested review by from Supreme Court USA.*

- Following 126 page document respectfully need to be adopted this Courts master file  in standards because its all documents take in submit by lower Courts banking documents supportive part this matter in review requested.(giving hard shift reproduce this documents harassment by Acting Warden Gain ever since 10/15/2006 cannot get job done )See .*Purveegiin-v-Warden Gain* Et All (No-06-civil-00617 (W.S)-(B) Southern district Court Alabama.

- Honorable Pennsylvania First Lady Her Excellency Honorable 3RD Circuit Judge of US Appeal Ms.MARJORIE O.Rendell-s Honor requested v carefully review this matter panel rehearing if her order stay disputed part by Petitioner's interest issue heading to SUPREME COURT UNITED STATES door mostly open by this Courts rehearing panel decision makers requested.

- In banc not requested only original panel rehearing Specially First lady

30.

Pennsylvania need open read this genuine case carefully that Pennsylvania that Philadelphia should keep this magnificent Mongolians free horse mans great spirit in public Philadelphian heart or keep that crooked criminal counsel who he screw this Courts innocent needy girls future life and Courts supremacy power . Its her hand . this third circuit most read by this panel requested.

- **Live open this case head to Supreme Court. Purveegiin Land owner issue need s discussed by Highest level USA Justice.** 1998 Purveegiin *raised issue his Nationality belong to this land according by USA History Central asian Nation called Wandering MONGOLIANS crossing Alaska land bridge 10-20.000 years ago settle USA north central southern part that is First and First Americans to this land from them start grow all native Americans that is his Main claim now his claiming to this honorable Court attention his land native American status.Is genuine one **Bud only those come from Mongolian People-s Republic resaiding USA after 1991 eligible recieve this Status if Surpreme Court pass it. Requested. That Sovergein State MONGOLIA not allow to bee acted in this case ruling.***

### CONCLUSION.

1.Petitioner  pray this Court GRANT his appeal allow him released his unlawful detentions ROR.

A.*GRANT HIS IFP.

B.*Appoint him counsel to repersent this is national intrest included genuine case.

2. Hon. Rendell order remand part in M.D.Pa Honorable Chief Justice-s order in the matter 05-civil-1566 (TIV)(M.D.Pa) conditionally release order effect release him now from unlawful detentions. From this file *EAJA most need to be ticked for DHS/ICE violates *6* months after removal holding aliens unlawfull detaintions need to bee punished.$6750 pay forPro-se-s who bring 28 U.S.C. section 2241.*

- **3. Petitioners undisputed reviews in his (04-civil-4335 (CMR)(E.D.Pa) must review in this  Court appeal and if Hon. Rendell hold her order in this matter**

*31.*

10/10/2006 and part this Habeas head to SUPREME COURT UNITED STATES . *From rehearing denied on 12/14/2006. So his now this Court review this case under this Habeas \*7\* pointed matters this Court need review this case made in National intrest protect Ex-Sovet Unions and MPR-s Citizens who the are located in USA should account to be inhabtial residents allow them apply USA Citizen what ever matter involved violate Criminal Justice in USA this gruop people-s case shall ruled by Purveegiin this SUPRA rule need established by this appeals.*

- 4. Specially Mr.Purveegiin Batsaihan's nation that "WANDERING MONGOLIAN"-s is landowners according by USA Natural History  .

- 5. Specially Mr.Batsaihan's interesting balance his case with 3ᴿᵈ Circuits <u>Valansi-v-Achsrofts et all</u>   *Miss Valansi-s doctorine was come-s out from 3-rd Circuit Court this Isrealian female she steal First Union Bank $400,000 she was awarded by  Circuit Judges save her green card Purveegiin well need balance his case with her case.*

- 6.Addopt his supporting supplements Exhibition A-to-F for panel hearing review this matter Hon. Rendell must need learn her States Civil right fighter Art Angel Lord Mongolians Chosen ones  special issue need redress by Pennsylvania State's First Lady that is requested. *This Court requested transmitt it.*

- 7.Petitioner Pray this Court GRANT all requested matters this time.

- This abuse's against Petitioner <u>Purveegiin Batsaihan</u> affections  come out to many civil actions Three States Federal courts. In Middle district Court Pennsylvania Chief Justice handle 7 civil action which is (3) permanently pending  one transferred to E.D.Pa .

- And Eastern district Of Pennsylvania Honorable senior Judge John P.Fullam's (3) pending action two almost has been pending over years one has Court appointed Pro-Hack Vice Attorney from <u>DrinkerBiddle&Reath LLP</u> Philadelphia Esquire Andy Foster  working on.

32.

- And in Southern District Court of New-York one civil action in Second circuits appeal on. By from Chief justice Mukasey .

- And in two new civil action in Southern district Alabama-s Majesties Sonja & Cassady-s Chambers. (2) Federal case civil accounts.

- Second Circuit one appeal.

- Third Circuit this one et total (8) law suite demanded by 1 billion 731 million by Petitioners this was clearly established by Whore mongers in this Courts Clerk corrupted administrative abuse obstruction justice result it happening now.


Petitioner declaring this under penalty perjury pursuant 28 U.S.C § 1746 .


Respectfully Submitted

By X_____

        BATSAIHAN ,PURVEEGIIN (Pro-Se)

LORD MONGOLIAN'S CHOSEN ONE


- cc. 1 copy to Clerks attention Case Manager Stephanie M.Wells-s office
  - 1 copy M.D.Pa Judge Vanaskie
  - 1 copy US attorney Darryl Blooms Office Harrisburg ,PA.
  - 1 COPY ORGINAL TO THE US SUPREME COURT CLERKS.


Date : December 27, 2006.

(renew it on date-December 27, 2006.)


Today's X_____
        01/23/2007

BPS-344

## UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

No. 06-1939

———————

BATSAIHAN PURVEEGIIN,

Appellant

v.

MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security; ALBERTO GONZALES, Attorney
General of the United States of America; THOMAS DECKER,
District Director Philadelphia Field Office Deportation
Detention ICE; THOMAS DURAN, Warden Clinton County
Correctional Facility DHS/ICE

———————

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil No. 05-cv-01566)
District Judge: Honorable Thomas I. Vanaskie

———————

Present: SCIRICA, Chief Judge, SLOVITER,
McKEE, RENDELL, BARRY, AMBRO,
FUENTES, SMITH, FISHER, CHAGARES,
and GREENBERG*, Circuit Judges

———————

SUR PETITION FOR REHEARING
WITH SUGGESTION FOR REHEARING IN BANC

———————

* The vote of the Honorable Morton I. Greenberg, Senior Judge of the United States
Court of Appeals for the Third Circuit, is limited to panel rehearing only.

(34.)

The petition for rehearing filed by Appellant Batsaihan Purveegiin having been submitted to all judges who participated in the decision of this court, and to all the other available circuit judges in active service, and a majority of the judges who concurred in the decision not having asked for rehearing, and a majority of the circuit judges of the circuit in regular active service not having voted for rehearing by the court in banc, the petition for rehearing is hereby DENIED.

BY THE COURT:

*/s/ Marjorie O. Rendell*

Circuit Judge

Dated: December 14, 2006
smw/cc:        Batsaihan Purveegiin
               Daryl F. Bloom, Esq.

**BPS-344**

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

November 22, 2006

No. 06-1939

BATSAIHAN PURVEEGIIN, Appellant

V.

SECRETARY HOMELAND

(M.D. Pa No. 05-cv-01566)

Present: RENDELL, Circuit Judge

Letter Motion by Appellant to attach exhibits to petition for rehearing en banc.

/s/Stephanie Wells
Case Manager (267)299-4947

Response due 11/27/06.
Court Order entered 10/10/06.
Related to BPS-344.

─────────── **O R D E R** ───────────

The foregoing Letter Motion by Appellant to attach exhibits to petition for rehearing en banc is hereby DENIED.

BY THE COURT:

/s/ Marjorie O. Rendell
_____
Circuit Judge

Dated:  November 29, 2006
hw/cc:
Batsaihan Purveegiin
Daryl F. Bloom., Esq.

36.

BPS-344
September 21, 2006

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 06-1939

### BATSAIHAN PURVEEGIIN

v.

### MICHAEL CHERTOFF, ET AL.

Present: RENDELL, AMBRO and GREENBERG, <u>Circuit Judges</u>

Submitted are:

(1)     By the Clerk for possible dismissal due to a jurisdictional defect;

(2)     By the Clerk is the within appeal for possible summary action pursuant to 3rd Circuit Local Appellate Rule 27.4 and Chapter 10.6 of the Court's Internal Operating Procedures;

(3)     Appellant's Response to listings for possible jurisdictional defect and possible summary action;

(4)     Appellant's document titled "Motion Motivate #45", which the Court may wish to treat as a motion to review ongoing matters in the District Court; and

(5)     Appellant's Motion for Review of the Clerk's Order of April 12 2006, in the above-captioned case.

Respectfully,

Clerk

MMW/CAD/lml

_____ ORDER _____

The foregoing appeal is dismissed for lack of jurisdiction. Purveegiin appeals from an order of the District Court conditionally granting his petition for a writ of habeas corpus. The order, which directs Respondents to file a status report, contemplates further proceedings in the District Court, and is thus not appealable at this time. See <u>Gentry v.</u>



BATSAIHAN PURVEEGIIN v. MICHAEL CHERTOFF, ET AL.
**C.A. No. 06-1939**
Page 2

---

<u>Deuth</u>, 456 F.3d 687, 692 (6th Cir. 2006).  Purveegiin's "Motion to Motivate #45" is
denied as moot.

Purveegiin's motion to review the Clerk's Order of April 12, 2006 is granted, and we
affirm the order.  The Court's staff is not required to entertain abusive and threatening
telephone calls.

                    By the Court,


                    /s/ Marjorie O. Rendell
                    Circuit Judge

Dated:    October 10, 2006
LML/cc:  Mr. Batsaihan Purveegiin
             Daryl F. Bloom, Esq.

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

BATSAIHAN , PURVEEGIIN    :
       Plaintiff    )  No-06-civil-524 (TIV)
    -v-          :
York County Prison Et All  )  USDJ Thomas I.Vanaskie
     Defendants   :
_____X

## AMENDED SUPPLEMTARY COMPLAINTS

## RAISE DEMANDS TO $731 MILLION

I am Batsaihan ,Purveegiin (Pro-se) respectfully submitthing from York County Prison DHS/ICE this supplements to bee additional amended complaint to the Judge Vanaskie-s attention motivate this action.

- **1\*** Eversince York County Prison from 09/24/2003 illegally detaining Plaintiff them custody under unconstutional standards.
- **2\*** Plaintiff was illegally hold (5) diffrent ICE custody under contracts by YCP Corporation now his has been abused discrimnated by this abuses grand total(*68*) months 5 years (8) months that is now need pay back to him. By defendants.
- **3\*** Plaintiff main demand raise issue raising now based YCP# 45925 there Defendant Joseph.Sallamie and Defendant Tom Hogan added Plaintiff Purveegiin Batsaihan-s name Criminal conviction his never charged and convicted ever since 1997 May 27. The said Plaintiff was " xxx-ually assult" some one.His was never done so based this method York County Prison damage his image publicly 10 years based. The are still now abuse him slavery standards abonding his life liberty illegally.The are refuse respond his administrative "grievance his send this facility. Based this matters he ask From Grievance Coordinator Miss Beata Erni she refused responding her Facility Administrative Remedy system that means this Facility agree to be his raise his demands to from $31 million -to $731 millions.
- **4\*** In this time this Facility use diffrent abuse damage his image acthing interferring his legal confidentiality marking his file-s false statements use county criminal residential career idiot snitchs .
- Knowlingly or recklsly making false material facts. And otherwise misleading and misinforming making false or misleading communication behalf him, about qualifications or service this custody acthing against Plaintiff providing ineffective assistance for his legal access :
- *Example 12/14/2006 Plaintiff made two page letter aboved his custody to The SDDO Joseph Sallamie York DHS/ICE EOIR Hon.Walter.A.Durlings attention service requested EOIR BIA DHS/ICE trial attorneys*



- *And & 12/21/2006 Plaintiff prodused Habeas Reply to The MDPA Honorable Thomas I.Vanaskie-s attention  Motion reopen release documents he was did it in Old wing York County Prison's Criminal detainee said Law Librarian ID#19757 acted interferred mark two line harming his image means his added Plaintiff-s Confidential protected federal courts Civil documents "terror" "Moassoaui-v-USA" case loggs this requested by Plaintiff from FBI and Assistant district attorney Middle district Pennsylvania criminal press charge for conspirasy .Specific questions need review by this Court stop this barbaric abuse occuring by defendants  totally raise  suites demands.*

- <u>DHS/ICE is obligated to observe high standards of conduct and professional behavior ;</u>


<u>          Grounds for an investigation.</u>

- *This Court Most Order York County Warden Tom Hogan & Deputy Roger Thomas & Assistant depury Warden Dennis Bowen & Assistant Acthing warden  Angiue also S.D.D.O Joseph Sallamie to bee investigate allgations Plaintiff send 12/26/2006 administrative Grievance complaints respond to Courts.*

- **Based this matter this Court now motivate this case .**


### CONCLUSION.

I PRAY Following reliefs this Court deems granted.

**1. Grant this amended supplmentary complaints add to this Complaints administrative Court Dockets.**

**2.Appoint Plaintiff attorney take this case based hard ship his face now repersent him self indigent and abused standard unable done this case Pro-se.**

**3.Case deems enter fully motivated manner this Honorable Court act in Action request is deems Granted.**


**I am declaring this matters under penalty perjury. pursuant 28 U.S.C section 1746.**


**Respectfully submitted**

**by X_____            Date: 12/28/2006.**

**BATSAIHAN PURVEEGIIN.(pro-se)**

**cc: served US Assistant attorneys office same time.**



**ATTENTION ASSISTANT UNITED STATES ATTORNEY MR.DARYL FORD BLOOMS .**

**REQUEST OPEN  FEDERAL CRIMINAL INVESTIGATION.
CONSPIRASY JUDGEMENTS. YORK COUNTY PRISON.
3400-Concord Road.**

**From.Batsaihan Purveeglin.
A#74-879-850 (MPR)**

**REQUEST DELETE MIsLEADED** Line on my Habeas reopen Motion and Release request letter to the SDDO.Joseph.C.Sallamie , Attention MDPa Vanaskie and EOIR Walter BIA and DHS/ICE trial attorneys Attention.

I was use York County Prison law library I produse two documents which is one SDDO .Joseph.Sallimmie one other one to IJ Walter and My Habeas reopen release motions 12/14/2006 this York Law Library changed  my documents his lined on Terrorist "Moussaoui" case his interferring misleading damage my nations my clean name.

My MONGOLIA fight for USA in IRAQY war 181  special force MONGOLIA serving USA for war on terror this idlot did it I need press charge him consiprasy and falsfye my legal documents.

See. http//:www.CNN.com_  11/20/2005 President Bush special thanks USA & MONGOLIA salut  fight atogether in war in terror in IRAQ and AFGANISTAN fearless special force Nation Called MONGOLIA is best brotherhood USA. in Central Asian heart feeld By. Danna Bash.

Please contact this matter Warden Tom Hogan.

SDDO.Joseph.Sallamie need clear up Delete this two lines from my filed Habeas Reopen release documents United states Attorney Daryl F.Bloom MDPa and District Justice Vanaskie and EOIR Walter Durling BIA files  warning clear this abuses with York County Prison administratives.

Law Librarian who interferred able to be

Reached on York county Prison
YCP#____*19757*____ SA-2B
3400-Concord Road
York,PA-17402


**2002. U.S. Dist.LEXIS 16560 :: United States -v-Moussaoui:: july 22,2002 ,decided**
**[ Group;" 2002 U.S.Dist (this line was printed  my legal documents discussing my freedom** my liberty to this honorable court has been abused under haters personals personal hate in York County Prison PA.)



28. U.S.C section 4(9)(-)(-) Action -v- U.S. upon constit. violations

-"-, -"-"-, 4- & 1330. Foreign State (with)

& 1350. Alien Torture (status limt. 10 years)

& 1343 (1)(2)(3)(4) civil Rights

& 1332 Diversity.

& 1331. Federal Question.

& 1495. Unjust Conviction -v- U.S.

& 1651. Mandamus or Prohipition.

& Fed. R. cv. P. 21 (a) Mandamus or Prohipition

& 1367 - Supplemental Jurisdiction.

& 1357 - Injuries under Fed. Law.

& 1746 - Affirmation under penalty.

1346. - Tort action -vs - U.S.

2671 - 2680. Tort action -v- U.S.

de 22. Fed. R. civ. P. Habeas Corpus - 2241. (Federal)

& 351 - Judge compliant

& 144. Judge biased.

& 455. Judge disqualify.

1339 - Postal matters

1291 - Appeal from District Court. Decision.

1441 (b) Removal from State Federal Court.

&, U.S.C.S. & 1983. Civil Rights. (constitution")

1985 - conspircy to violate civil Right.

1982 - Discrimenation in public housing

1981 - Discrimination in contracts

1988 - State laws Jurisdiction

1395 dd - emergency room disping..

(44.)

slavery and slave trade  12
prolonged detention without notice of an an opportunity to contest
the grounds for detention.
repersenting asylum applications

Article -9 of universal declaration of human rights and article
9 of the International covenanat of civil and political rights provide
that "(n)o one shall be subject to arbitary arrest,detention or exile.
see Prasad-v-INS 47 f.3d 336,339 (9th Cir.1995)
fear of future persecution.

social and cultural rights.

international covenant on civil and political rights.

sleeper.a security that has strong market potential but is underpriced
and lacks investor interest.

slavery- the practice of keefing individuals in such sy/state of bondage or
servitude.
slavery was outlawed by 13-th amendment to the US o constitution

Judicial Case.

U.S - v - Couto

311 F.3d 179, 2002 WL 31527099   (CA. 2 (N.Y.) 2002)

Ivania Maria Couto, Docket N° 01-1636

Argued: Aug 7, 2002 ; Decided. Nov. 15, 2002

(1) District Court misunderstood its
    discretion to evaluate defendant,s claim
of innocence and.

(2)  counsel was ineffective in affirmativey
miskepresenting to defendant the deportation
consequences of a guity plea.        (45.)
                                Reversend and remander

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **BATSAIHAN PURVEEGIIN (Pro-Se)** | : |
| **(MONGOLIAN PEOPLES REPUBLIC)** | : |
| Petitioner | : |
| -v- | ; **CIVIL ACTION;** |
| **WILLIAM RILEY Et all** | : _____ |
| Respondents | : **(CMR)** |

---

### QUALIFIED PROTECTIVE ORDER AND AUTHORIZATION FOR MEDICAL/HEALTH RELATED INFORMATION.

<u>**Honorable USDJ, E.D.Pa. Cynthia. M.Rufe**</u>

**WHEREAS: Petitioner** BATSAIHAN PURVEEGIIN (Pro-Se) has filed an Action pursuant to 28 U.S.C section 2241 in which he has placed at issue his medical care and treatment received while in Custody DHS/**ICE Berks County Prison** Leesport, Pennsylvania on his terminally Illness under **"DIABETIC CARE"**

1. May obtain individually identifiable health information as defined in 42 U.S.C section 320 (d)(6) in relation Petitioners medical care and treatment and utilize such information for all purpose in the context of this litigation , subject to the terms of this.ORDER and it s further:

<u>**ORDERED,**</u> that Respondents Attorney **Joel.M.Sweet** and their counsel For government are prohibited from using or disclosing any protected health information obtained pursuant to this Order any purpose other than this litigation and is further:

<u>**ORDERED,**</u> that **Respondents** and their counsel <u>mr.Joel.M.Sweet</u> are required to return or destroy the protected health information at the end of the litigation, which means upon the exhaustion of all appeals and motions which might affect the final ORDER,or if no appeal it taken or no motion mad,upon the expiration of the time  to do so,and it is further:

<u>**ORDERED,**</u>That this does not compel any individual to be interviewed  against his or her will or compel any  individual to be interviewed outside the presence of his or her Attorney  if <u>**is mr.Joseph.C.Hohenstein**</u> he or she wishes to have one presents.

**DATE :§**_____**2005,**

---

**HONORABLE ,USDJ.Cynthia.M.Rufe.**



§ 1985.       Conspiracy to interfere with civil rights
Text
(1) Preventing officer from performing duties.  If two or more persons in any State or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof; or to induce by like means any officer of the United States to leave any State, district or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;
(2) Obstructing justice; intimidating party, witness, or juror.  If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;
(3) Depriving persons of rights or privileges.  If two or more persons in any State or Territory conspire, or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws, or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice-President, or as a member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages, occasioned by such injury or deprivation, against any one or more of the conspirators.
Credits
(R. S. § 1980.)

*Sue you all under this acts.*

47

# EXHIBIT D

48

*My new mailing address is.*

To.Batsaihan Purveegiin
Pike County Correctional Facility
175- Pike County Blvd
Lords Valley, Pennsylvania-18428.

To. H.Marshall Jarrett, Counsel
Office of Professional Responsibility
950-Pennsylvania Avenue, NW Suite –3529
Washington, DC –20530.

Requesting Hereford disciplinary Action.
Against counsel.Mr.Joseph.C.Hohenstein Esquire.
From ORLOW & ORLOW PC, Philadelphia.
Pennsylvania TAX ID-No __-69226_____.

Date .11.28.05.   Renew it on January 16, 2006.

Here I am Purveegiin Batsaihan A#074-879-850 (Mongolian People's Republic)
respectfully submitting this genuine complaint follow as Mr.Joseph.C.Hohenstein's
matter obstructing justice issue's wherefore lined in.

1.  Mr.Joseph.C.Hohenstein esq. From Nationalities Service Center Philadelphia, PA
    was first time appointed by PIRS center York PA my G-28 enter order by EOIR
    Honorable IJ Walter A.Durling Junior. 1997. Since than his has been my counsel in
    my Immigration file A# 074-879-850 (MPR).

2.  So Mr.Joseph.C.Hohenstein now acting whole this 8 over years against my freedom
    my life my talent production my community tie my race skin color ethnic city.[1]

3.  Mr.Joseph C.Hohenstein hate Mr. Purveegiin Mongolians highly understands
    educational issues. Mr.Joseph C.Hohenstein all this 8 years employed against
    Mr.Purveegiin well been free from raisin abuse's was bias.

4.  Mr.Joseph.C.Hohenstein's colleagues following individuals steeled Mr.Purveegiin
    talent productions when Mr.Purveegiin first time long torture USINS 4 different
    custody-s.

5.  A). Pastor Joan.Maruskin revin Maruskin was introduced with Mr.Purveegiin by his
    counsel mr.Joseph.C.Hohenstein in York County Prison 1997-1999 do time
    Purveegiin INS abused detention day-s/Revin Maruskin steal from Purveegiin 18

---

[1] Purveegiin-v-US.INS Processing Center cite as 73F.Supp.2d 411(S.D.N.Y. 1999) Foot note-s 11# by
Honorable Justice, Shira A. Scheindlin. During most of the INS proceedings, Purveegiin was represented
by counsel and any purposed bias in the proceedings ,whether implied or explicit ,certainly would have
been raised by his attorneys.

1

master piece art work by Order, Mr.Joseph.C.Hohenstein has been unreturned to
Purveegiin.

6. B.) PhD.Mr.William Westerman from NewJersey International Center ZNK Asylum
office also introduced by Mr.Joseph.C.Hohenstein with Mr.Purveegiin high jack must
Mr. Purveegiin traditional line art works steal it has been unreturn to Purveegiin since
1997.

7. C.) Esquire.Mrs.Constance Nakatsu from CANADIAN Solicitor Barrister Ontario
Toronto INS also introduced by Mr.Joseph.C.Hohenstein with Mr.Purveegiin also she
high jack Mr.Purveegiin talent productions and Purveegiin personal property original
passport from Mongolian People's Republic and Purveegiin private photo albums,
and many master Mongolian piece-s has been not returned to Purveegiin.Since 1999.

8. D.) This ABC number 5,6,7 matters personals was cheat on Mr.Purveegiin when he
was in INS Custody four different Torture Campus's. (1). York County Prison USINS
Torture Campus. (2). Berks County Prison USINS Torture Campus. (3). Pike County
Jail Torture Campus for USINS in Pennsylvania state.(4). 201-Varick Street
Manhattan New-York City USINS Torture Campus's his hold 29 months humiliation
inhuman dictatorships. Mr.Joseph.C.Hohenstein's[2] chilling abuse against
Mr.Purveegiin skin color Ethnic City set that up.

9. Misconduct's by Mr.Joseph.C.Hohenstein now must requested by Mr.Purveegiin this
Department of Justice Office of Professional Responsibility office enter investigation
bar this crooked criminal Mr.Joseph.C.Hohenstein's obstructing justice issue bar him
participate a Immigration law.

10. Now since 09.24.2003 Mr.Purveegiin has been unlawfully take in DHS/ICE custody
now after 27 months tortured abused by service humiliations Mr. Purveegiin clearly
find that his counsel Mr.Joseph.C.Hohenstein is middle man who set all this unlawful
suffering to Mr.Purveegiin.

11. Mr.Joseph.C.Hohenstein looks like paid by York County Prison administrators bring
him back to that custody unlawfully from 09.24.2003-to-03.12.2004 Means
Mr.Purveegiin. He (Mr.Joseph.C.Hohenstein.) never help Purveegiin custody status
only hews reading all Purveegiin personal letters, murder Purveegiin spiritual
counselor sister Virginia Herling [3]from Saint.John. Philadelphia. Because after
illegally take Purveegiin in custody sister start sick strange.

---

[2] Mr.Joseph.C.Hohenstein Esquire's this abuse crooked ID PA_____was fired from Steel
Rudnick Ruben's Law firm Philadelphia even chase him from Nationalities Center Philadelphia end up
Mr.Purveegiin suffering ended by EIOR Walter A.Durling-s Grant Purveegiin released from custody
10.08.1999 under CAT Withholding Acts.

[3] Sister Virginia Herling was a spiritual counselor for Mr.Purveegiin since 1999she was strangely dead in
01.22.2004 it was possible direct involvement by Mr.Joseph.C.Hohernstein her death because she is a
Catholic nun who she so good garden angel for Mr.Purveegiin many years.Mr.Joseph.C.Hohenstein hate
Mr.Purveegiin faithful with a Catholic church's.

12. Mr.Joseph.C.Hohenstein esq. for Purveegiin use his client Nigerian thief Mr.Launre Ogundipe true murder Purveegiin in Berks County Prison PA DHS/ICE unit A this person was Mr.Joseph.C.Hohenstein's client that Mr.Launre was twice deported twice illegally entered USA steal three time more than 10,000$ from USA Citizens accounts Mr.Joseph.C.Hohenstein use Mr.Launre personally harass steal Purveegiin legal documents and humiliate him 16 months in this BCP custody issue's was raised by Mr.Purveegiin a law suite.[4] Mr.Joseph.C.Hohenstein esquire for Mr.Purveegiin steal Mr.Purveegiin Habeas documents from E.D.Pa Honorable Cynthia. M.Rufe-s court Action No-04-cv-4335 (CMR) Purveegiin-v-William Riley et all E.D.Pa was screw up by mr.Joseph.C.Hohenstein.  Other was Mr.Purveegiin habeas was genuine one shall worked out his custody and legal matters.

13. Mr.Joseph.C.Hohenstein steal Mr.Purveegiin talent products online, his met Purveegiin promoters with out Purveegiin permission.

14. Mr.Joseph.C.Hohenstein coach following individual rape Mr.Purveegiin talent products. A.) Robert Bullock Project Home .Org Philadelphia hides from Purveegiin art byres. B.) Mrs. Diane Levy Cornman www.journeyhome.org Philadelphia she was coached by Mr.Purveegiin counsel Joseph.C.Hohenstein continuo stealing Purveegiin's talent productions with Mr.Joseph.C.Hohenstein together.

15. Mr.Joseph.C.Hohenstein now abuse his clients name tampering his clients Public documents from public records.

16. Mr.Joseph.C.Hohenstein abuse's Mr.Purveegiin now in three different ICE custody this was (a). From 09.24.2003- to--03.12.2004 in York County Prison DHS/ICE IC-1 dorm 6 months this time Mr.Hohenstein was musty collect Purveegiin personal mails because in www.Philadelphiaweekly.com release article by Mrs.Roberta Fallon many Purveegiin friends wrote him these mails was tamper by Mr.Joseph.C.Hohenstein. His do it against Purveegiin since 1997.

(b). Mre.Joseph.C.Hohenstein abuse Mr.Purveegiin from 03.12.2004-to-07.01.2005 almost 16 months in Berks County Prison DHS/ICE Pa. Mr.Joseph.C.Hohenstein also use Doctor Jesse torture Purveegiin with Dr.Mary Beth and Dr.David Days.  This is in law suite in E.D.Pa. Civil Action No-05-cv-2139 (JPF) has. Also his uses His client Nigerian thief immigrant criminal Lanre Ogundipe trues murder Mr.Purveegiin. Also collect his (Purveegiin personal mails were wild tampered in BCP.) personal mails not handling to Purveegiin. And use agents SDDO.Madam Patricia Pepe and DPO.Roberth Kirshoks discriminate Mr.Purveegiin skin color race the are abuse him inhuman unjust conduct so long damage Purveegiin good health. This BCP was worst torture campus Mr.Purveegiin ever holded since his come to this white world.

---

[4] Purveegiin Batsaihan-v-Berks County Prison ET all E.D.Pa (Honorable John.P.Fullam) Case Civil Action No- 05-cv-2139 (2005). Now in pending with pursued by Law Firm.DrinkerBiddle&Reath L.L.P. Esquire Darcy D.Walker. Because this abuse's all was implicated by Mr.Joseph.C.Hohenstein's obstructing justice matters.

3

©. Mr.Purveegiin also from 07.01.2005 to –12.05.2005 so far almost 6 months been holded CCCF Clinton County Correctional Facility DHS/ICE her situation same some start worst way abuses going on like Mr.Purveegiin true rich his friend Mrs.Roberta Fallon he write to her last6 months 15 letter that was only one respond back to Mr.Purveegiin in 07.19.2005 since than Mr.Hohenstein seams tamper interrupt this letters because his date Mrs.Roberta with out Purveegiin request discuss above Purveegiin Art business and personal life. Also Purveegiin Legal mails to Courts has been tamper censored destroyed its seams Mr.Joseph.C.Hohenstein involved directly because looks like Mr.Hohenstein act like middle mans role model paid undeletable this people her violating justice human rights worst standards. This also Mr.Hohenstein study problems Prison has promise them destroy Purveegiin legal status ask them pay him. Purveegiin have very difficulty to manage in CCCF survive his daily life sustaining medical needs because Mr.Joseph.C.Hohenstein play black mails true damage Purveegiin health.its happening now here.

17. Mr. Joseph.C.Hohenstein now stealing Mr.Purveegiin artworks he was never voice for Purveegiin custody has been abused, his never voiced only he was how to screw Purveegiin in custody steal his talent product's damage his good health total inhuman unjust conducts., Mr.Joseph.C.Hohenstein now met Purveegiin sales managers and promoters his never call Purveegiin never writ him back since 09.07.2005.

18. Mr. Purveegiin suffering now here because this counsels abuse build against his client sad unlawful wall. This for his respectfully request this office enter investigation fire him from this file. Bar Mr.Joseph.C.Hohenstein practice Immigration law. In his rest of life future.

19. CONCLUSION. Mr.Purveegiin Batsaihan request this office help for him open criminal charge against Mr.Joseph.C.Hohenstein's obstructing justice matters fully. Effective standard soon as possible. In addition, Mr.Purveegiin want Mr.Joseph.C.Hohenstein clear all complaining matters to written statement to Courts in Public Philadelphia's attention. Also Mr.Purveegiin request from Mr.Joseph.C.Hohenstein voluntary resign his post because his not feeds to bee counsel an other suffering peoples hearts his devil with greed stupider and crooked mind individual true destroy others innocent life. So JUSTICE OPEN EYE NOW INVESTIGATES THIS MATTER, get him out from my life freedom. Respectfully requested by spirit of my Lords.

If you have any question from me please feel free ask from me, very truly yours

By X_____ Batsaihan Purveegiin.

I am declaring this under penalty perjury all my best knowledge pursuant 28 U.S.C.§ 1746.



4

# EXHIBIT E

53

batsaihan purveegiin - Google Search



**Google** Web  Images  Groups  News  Froogle  Local  more »

batsaihan purveegiin    [ Search ]  Advanced Search  Preferences

Web    Results 1 - 10 of about 314 for **batsaihan purveegiin**. (0.50 seconds)

**Batsaihan Purveegiin**
**Batsaihan Purveegiin**. While recovering from severe burns after an power plant
... **Batsaihan Purveegiin** discovered his artistic talents for painting and ...
citypaper.net/articles/082400/cw.sixpick3.shtml - 15k - Cached - Similar pages

The Man from Mongolia
... Conrad Francis and **Batsaihan Purveegiin**, a native of Mongolia. Purveegiin's
images prove especially captivating in light of the personal story behind ...
citypaper.net/articles/070501/ae.pickb.shtml - 17k - Cached - Similar pages
[ More results from citypaper.net ]

Bat's Work
**Batsaihan Purveegiin**. Large Snow Lion, 2000, watercolor on paper, 11 x 16 inches,
$575. Ferocious Snow Lion, c. 1990s, watercolor on paper, 5 x 7 inches, ...
www.revsin.com/Batpurwork.html - 5k - Cached - Similar pages

Berks Arts Council - **Purveegiin** Online Portfolio
Mr. **Batsaihan Purveegiin**/Journey Home Online Portfolio ... Mr. **Batsaihan Purveegiin**
is a Mongolian-born and New York-trained artist. ...
www.berksarts.org/portfolio/**purveegiin**.htm - 26k - Cached - Similar pages

artblog
We are requesting for **Batsaihan Purveegiin** to be released from immigration custody
or at least given a fair bond amount. I will be trying to file by the end ...
www.fallonandrosof.com/2004/ 03/help-your-favorite-mongolian-artist.html - 30k - Cached - Similar pages

Sunday, August 20, 2000 Artist draws a bead on a better way of ...
**Batsaihan Purveegiin** fell in love the moment he first saw this country. He found
himself gasping in awe at the skyscrapers of New York, marveling at the ...
www.projecthome.org/AboutUs/ newspaper/artist_draws_a_bead.htm - 17k - Cached - Similar pages

**Batsaihan Purveegiin**
Journey Home Nurturing Human Potential: Fostering Personal and Organizational Growth.
www.journeyhome.org/vag/Purveegiin_Bio.html - 4k - Supplemental Result - Cached - Similar pages

Articles
The first artist Journey Home will feature is **batsaihan Purveegiin**, a Mongolian-born
and New York trained artist who was featured in the Home News in the ...
www.journeyhome.org/Articles.html - 34k - Cached - Similar pages

**purveegiin's** Yahoo! Profile
ID:: purveegiin; Real Name:: **Batsaihan** Doloojin; Nickname:: Location:: Philadelphia;
Age:: 36; Marital Status:: Single; Sex:: Male; Occupation:: mongolian ...
profiles.yahoo.com/**purveegiin** - 20k - Cached - Similar pages

pw: philadelphia weekly online
... **Batsaihan Purveegiin**--the Mongolian folk artist whose work was featured recently



at the Philadelphia Free Library--was scooped up by Homeland Security and ...
philadelphiaweekly.com/view.php?id=6858 - 21k - Supplemental Result - Cached - Similar pages



Goooooooogle ▶

Result Page:     1 2 3 4 5 6 7     Next



batsaihan purveegiin          Search

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google



YAHOO! SEARCH    **Web** | Images | Video | Directory | Local | News | Shopping

batsaihan purveegiin                              [ Search ]

Search Home · Help

My Web BETA                    Subscriptions (New)    Shortcuts    Advanced Search    Preferences

Search Results                 Results 1 - 10 of about 64 for batsaihan purveegiin - 0.58 sec. (About this page

1. **Batsaihan Purveegiin** 🔗
   search citypaper.net. August 24-31, 2000. six pick. Batsaihan Purveegiin ... Batsaihan Purveegiin. While recov
   from severe burns after an power plant explosion, Batsaihan Purveegiin discovered his artistic talents for ...
   www.citypaper.net/articles/082400/cw.sixpick3.shtml - 15k - Cached - More from this site - Save - Block

2. **Articles about our artist's** 🔗
   ... Batsaihan Purveegiin. Learn more about Mr. Batsaihan Purveegiin and his Mongolian art ...
   www.journeyhome.org/vag/Articles.html - 12k - Cached - More from this site - Save - Block

3. **Berks Arts Council - Purveegiin** Online Portfolio 🔗
   Mr. Batsaihan Purveegiin/Journey Home. Online Portfolio. Batsaihan Purveegiin/Journey Home. 100 South Br
   1309
   www.berksarts.org/portfolio/purveegiin.htm - 26k - Cached - More from this site - Save - Block

4. **Home News** 🔗
   ... It is the work of Batsaihan Purveegiin, an artist originally from Mongolia. ... is as interesting as his art. Batsait
   Purveegiin was born in a farming community in Ulan ...
   www.journeyhome.org/vag/HomeNews.html - 12k - Cached - More from this site - Save - Block

5. **http://www.projecthome.net/aboutus/newspaper/artist_draws_a_bead.htm** 🔗
   Sunday, August 20, 2000. Artist draws a bead on a better way of life. Top, a work by Batsaihan Purveegiin. ... To
   work by Batsaihan Purveegiin. Bottom, Purveegiin employs the ancient Mongolian technique of egg tempura ...
   Batsaihan Purveegiin fell in love the moment he first saw this country ...
   www.projecthome.net/aboutus/newspaper/artist_draws_a_bead.htm - 17k - Cached - More from this site - Save -

6. **pw: philadelphia weekly online** 🔗
   ... Batsaihan Purveegiin--the Mongolian folk artist whose work was featured recently at the Philadelphia Free ...
   Batsaihan Purveegiin, BICE, YCP No. 45925 IC1-26, 3400 Concord ...
   www.philadelphiaweekly.com/view.php?id=5858 - 21k - Cached - More from this site - Save - Block

7. **Bat's Work** 🔗
   ... Batsaihan Purveegiin. Large Snow Lion, 2000, watercolor on paper, 11 x 16 inches, $575 ... cut-out, 12 x 9 in
   $80. Batsaihan Purveegiin at Gallery 911 ...
   www.revsin.com/Batpurwork.html - 5k - Cached - More from this site - Save - Block

8. **pw: philadelphia weekly online** 🔗
   ... Batsaihan Purveegiin (Pur-WEEG-in)was at the Convention Center recently for the "Art Philadelphia" fair ... B
   Purveegiin, 37, whose life in the U.S. has been 12 years of ...
   www.philadelphiaweekly.com/view.php?id=5863 - 20k - Cached - More from this site - Save - Block

9. **Sign up our guestbook!** 🔗
   Ner. Email. Web. Uls. Bichig. 09-12-2001 04:56
   www.asuult.net/erkhzui/gbook/gbook.php?page=6 - 31k - Cached - More from this site - Save - Block

10. **Home Page** 🔗
    ... present the art work of Batsaihan Purveegiin. Mr. Purveegiin is an intelligent and ... productive and meaningf

56.

**Batsaihan Purveegiin** initially discovered his talent and passion ...
www.archdiocese-phl.org/press releases/pr000340.htm - 12k - <u>Cached</u> - <u>More from this site</u> - <u>Save</u> - <u>Block</u>

**Results Page:**
1 <u>2</u> <u>3</u> <u>4</u> ▶ <u>**Next**</u>



**Web** | <u>Images</u> | <u>Video</u> | <u>Directory</u> | <u>Local</u> | <u>News</u> | <u>Shopping</u>

Your Search: | batsaihan purveegiin                    | Search |

☑  <u>Search from **any page** on the Web</u> with <u>Yahoo!</u> Toolbar. It's free

Copyright © 2005 Yahoo! Inc. All rights reserved. <u>Privacy Policy</u> - <u>Terms of Service</u> - <u>Copyright/IP Policy</u> - <u>Submit Your Site</u> - <u>Job Openings</u>

# EXHIBIT F

(58.)



EXECUTIVE OFFICE OF IMMIGRATION REVIEW
BOARD OF IMMIGRATION APOPEALS
FALLS CURCH , VIRGINIA

## ALIEN IS DETAINED

(EVER since September 24 ,2003.)

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | : |
| BATSAIHAN , PURVEEGIIN | ) IN REMOVAL PROCEEDING; |
| | : |
| A# 74-879-850 (Mongolian People's Republic) | ) { CAT} Convention Against Torture |
| | : |
| RESPONDENTS | ) UN Article -3 GRANTED BY IJ |
| | : Service Appeal was SUSTAIN |
| York ,PA was GRANTED by | ) |
| EOIR Honorable Immigration Judge | : Government REMANDS IT BIA |
| WALTER .A.Durling IJ | ) 448 F .3d. 684 (June 01.2006) |
| DHS/ICE York,Pennsylvania District | : 3RD Circuit USCA PA. |
| | X |

## RESPONDENT'S BIREF ON APPEAL

COMES NOW , Respondent <u>PURVEEGIIN BATSAIHAN</u> (hereinafter "Respondent") And respectfully moves this Honorable Court to Dismiss the Government's appeal and sustain Immigration Judge's Order October 04.1999 of CAT Convention Against Torture , Under UN-Article-3 Withholding Removal Act .

This Honorable Board Sustain governments Law in Order Public Interest protect that newly coming up law.

*<u>Purveegiin-v-Alberto Gonzalez , Attorney General USA Et all</u>* 448 F.3d 684 (June 01 ,2006 3RD Circuit USCA Pennsylvania )

IN SUPPORT OF REQUEST ,Respondent states as follow ,

Respondent is a  (40)- years old male and native of the Mongolian People's Republic. Respondent a come to USA 1991 on F-1 visa on from MPR (Mongolian People's Republic ) he was remand USA ever since. His come Philadelphian Art Community servant . He has so many followers on his Mongolian Folk Art in USA. His sick with serious Diabetic Illness he was hold Immigration Custody to long twice before from 1997-1999 (29 months.) Now total (37) months grand total he was has been hold (5) different DHS/ICE custody ever since 09/24/2003 to present.

1



Respondent was placed in removal proceeding May 1997 , with the  issuance of a *Notice to Appear* following his Illegal arrest in 03/07/1997 in New-York City under cover police  female was accused him he was inappropriately touch her part famine. Respondent abused under this case to long he sued New-York City See. *Purveegiin-v-George Pataki Governor of State NYC Et all*  SDNY : No-06-civil-5426(MBM) and USCA 2^{ND} Circuit USCA, No-06-4355 has been demand by Respondent $700 million dollar law suite has been open pending Respondent act clean his abused name  to bee compensated under Civil Justice his do it protecting American civil Justice system case has been proceeded very well.

Respondent  filed Convention Against Torture  UN-Article-3 Withholding Removal Act was Granted By Immigration Judge Walter A. Durling Jr in 10/04/1999 .Immigration Judge.

The Department of homeland Security ( hereinafter ICE ) has appealed the Immigration Judge's  decision.

## INTRODUCTION

By  PURVEEGIIN ,BATSAIHAN (Pro-se) hereafter his BRIEF protection of Law .

448 F.3d 684 ( June 01.2006 USCA 3RD Circuit)
*Purveegiin Batsaihan –v- Alberto Gonzales Et All*

This facility law library hours short and unable work his brief discs this for his hand writ his brief see follow as (paged-27 ) and ( exhibitions A-to-F(263-page ) and (6 page-)table contents send by certified opposing party counsel all ready served same time.

## PERSONAL STATEMENT BY PURVEEGIIN BATSAIHAN

**HEREFORD .**

**BATSAIHAN PURVEEGIIN .**

## BACKGROUND HISTORY.

Mr.Purveegiin Batsaihan is a native Citizen the Mongolian People's Republic his

is a male his  40-sh actually today his in his 39 soon after he well officially enter

his 40. he was first –of-first exchange student for Art between Mongolian People's

Republic which from part Soviet Empire USSR he was enter from his capital

Ulaanbaatar MPR to the New York City Art Students League to bee American

61.

Professional painter like Norman Rockefeller et an others.

That USSR Mongolian People's Republic was collapsed hereafter mr.Purveegiin

enter April 24.1991.[1]

1995 May 19 ,in Ulaanbaatar Mongolia (MPRP) Mongolian People's

Revolutionary Party members food poisoned Mr.Purveegiin father. Which is

Communist Party today hold superior Government power in Mongolia ever since

Communist Superfowerfull state's USSR and Mongolian People's Republic

collapsed that MPRP has been never  lose them superior dictators status's.

Mr.Purveegiin stock in New York city stateless standard ever since 1991.


Purveegiin study his  four years classes first one years complicity standard after his

belonged superior state collapsed NYPD abuse him spite up his VCCR[2] status

inner action with USINS and NYPD he was involved to many minor abuse

accruements happens to his life in NY dark days. Ones his state belongs with

---

[1] 1991 USSR and the Mongolian People's republic officially collapsed from world map.Eversince Mr.Batsaihan Purveegiin has been Stateless personal.

[2]  Vienna Convention on Consular Relations ,art .36 Dec.14 .,1969.21 U.S.T. 77 T.I.A.S .6820.
Under Article-36 of the VCCR , if the requests ,the competent authorities of the  receiving State shall ,without delay, inform the consular post of the sending State if, within its consular district ,a national of that State is arrested or committed to prison or  to custody pending trial or is  detained in any other manner. any communication addressed to the consular post  by the person arrested ,in prison ,custody or detention shall also be forwarded by the said AUTHORITIES WITHOUT DELAY. The said authorities shall inform the person concerned without delay  of his rights under this sub-paragraph; consular officers shall have the right to visit a national of the sending State who is in Prison, custody or detention , to converse and correspond with him and to arrange for his legal  representation. They shall also have the right to visit any national of the sending State who in prison, custody or detention in their district in pursuance of a judgment. Nevertheless, consular officers shall refrain from taking action on behalf of a national who is in prison, custody or detention if he expressly opposes such action.

Article 36 , section 1(b)-(c).

62

## CERTIFICATE OF SERVICE

I am, Purveegiin Batsaikan hereby cerify , Following named

documents was served.

*"My full Filed complict one set Complaint with Exhibit 1 & 2 & IFP*

This named party-s.

1.-To *Court Clerk*

*Ms. Nancy Mayer - Whittington*
*United States District Court*
*for the District of Columbia*
*333- Constitution Avenue, N.W*
*Washington, DC - 20001*

*Ps. Ms. Nancy Staple them Good Here not allow as use statler. BP,*

((-To *Contest. Table* ))

(1) *Document-s*
   *(1-34) page (Complaint .) +3. = 37 page.*
(2) *(IFP) form all account 00°° PCCF AL ; CCCF PA ; YCPFA*
(3) *Exhibit-1 (MDPa-06.524)* (4) *Exhibit-2: (64) page old submission.*

I am declaring under penalty perjury pursuant 28 U.S.c section

1746.

I served this Lackawanna County Prisoners mail collectraing

hour handled via first class postage paid this Date *02/17/2007*

2007. mailed out.

Respectfully submitted

By *Batsaikan Purveegiin.*

Batsaikan , Purveegiin
A#74-879-850(MPR)
1371-North Washington Avenue
Scranton , Pennsylvania-18509.          Date *02/17/* 2007.

*Verify me back ones you open it send me docket sheet*

*Print Thank you*